UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al. ) <br> 194 Carnival Court ) <br> Vallejo, CA 94589 ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DAVID M. WALKER, et al. ) <br> Comptroller General of the ) <br> U.S. Government Accountability Office ) <br> 441 G Street, N.W. ) <br> Washington, D.C. 20548 ) <br> ) <br> Defendants. ) <br> ) | Case No: 06-1002 (JGP) |

### **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendants.

Respectfully submitted,

_____/S/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on this June 22, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Walter T. Carlton
Walter T. Charlton & Assoc.
1156 15th Street, N.W.
LL 10
Washington, D.C. 20005
(410) 571-8764 (phone)
(410) 897-0471 (Fax)

                                      /S/
                        ANDREA McBARNETTE, D.C. Bar #483789
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 Fourth Street, N.W.,
                        Washington, D.C. 20530
                        (202) 514-7153