IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur L. Davis, et al<br>    and all others similarly situated<br>    PLAINTIFFS, | )<br>)<br>) |
| | )   CASE NO: 06 1002 (JGP) |
| DAVID M. WALKER<br>Comptroller General of the<br>United States c/o United States General<br>Accountability Office (GAO)<br>    and<br>Michael Wolf, Chairman<br>United States Government Accountability Office<br>Personnel Appeals Board (PAB)<br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Return of Service**

Service of the Summons and Complaint was made by me as specified following:

By Sending a Copy of the Summons and Complaint by Certified Mail, return receipt requested to the following persons on June 2, 2006.

Federal Defendant David M. Walker, C.G. of GAO
441 G. Street, N.W. Washington, D.C. 20548

Federal Defendant Michael Wolf, Chair, Personnel Appeals Board
820 First Street, N.E. Washington, D.C. 2002

United States Attorney General
950 Pa. Ave., N.W. Washington, D.C. 20530

United States Attorney for the District of Columbia
501 3rd Street, N.W. Washington, D.C. 20001

　　　　　　　　　　　　　　　　　　Walter T. Charlton, Counsel for the Plaintiffs
　　　　　　　　　　　　　　　　　　230 Kirkley Road, Annapolis, Maryand 21401
　　　　　　　　　　　　　　　　　　Signed charltonw2428

**DECLARATION OF SERVER**

　　　I declare under penalty of perjury under the law of the United States of America that the foregoing information contained in the Return of Service is true and correct.
Executed on June 30th, 2006　　　　 Charltonw 2428
　　　　　　　　　　　　　　　　　　Signature of Server
　　　　　　　　　　　　　　　　　　230 Kirkley Road, Annapolis, Maryland 21401

1