IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al**     and all others similarly situated     PLAINTIFFS,<br><br>**DAVID M. WALKER**<br>**Comptroller General of the**<br>**United States c/o United States General**<br>**Accountability Office (GAO)**     and<br>**Michael Wolf, Chairman**<br>**United States Government Accountability Office**<br>**Personnel Appeals Board (PAB)**     DEFENDANTS. | CASE NO: 06 1002 (JGP) |

**Motion for Substitution of a Named Party Defendant and
Acceptance of Service of Process upon the Federal Agency through Its
New Chair, Michael Doheny**

Plaintiffs herein hereby request a substitution of the new chair of the Federal Agency Defendant, the United States General Accountability Office Personnel Appeals Board, Mr. Michael Doheny for the previously named defendant Michael Wolf, former chair of that Federal Agency.

**Statement of Points and Authorities**

The former chair was served by certified mail delivery to the Agency. The current chair is Michael Doheny. Counsel was unaware that a change had been made in the chair of that Board.

Service was made by Delivery of Certified Mail, Return Receipt Requested at the GAO Personnel Appeals Board. The service was apparently accepted by the Personnel Appeals Board, since the Certified Mail Receipt was received by the

1

undersigned returned from the Personnel Appeals Board at 820 First Street, N.E. Washington, D.C. 2002

    Wherefore, premises considered, Plaintiffs move that the service of process be accepted as correct and completed as to the United States General Accountability Office Personnel Appeals Board.

                                      Respectfully submitted,

                                      Signed charltonw2428

Walter T. Charlton, Counsel for the Plaintiffs
230 Kirkley Road, Annapolis, Maryland 21401
Phone 410 571 8764