UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DAVID M. WALKER, et al. )<br>Comptroller General of the )<br>U.S. Government Accountability Office )<br>)<br>Defendants. )<br>_____) | Case No: 06-1002 (JGP) |

ORDER

UPON CONSIDERATION of Defendants' Motion to Stay Class Certification, any opposition thereto, any reply, and the record herein, it is this ____day of

_____, 2006,

ORDERED, that class certification, any discovery and briefing regarding class certification, is stayed pending the Court decision upon Defendants' Motion to Dismiss.


_____
United States District Court Judge