UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ARTHUR L. DAVIS, et al.            )
                                    )
            Plaintiffs,            )
      v.                            )     Case No: 06-1002 (JGP)
                                    )
DAVID M. WALKER, et al.            )
Comptroller General of the          )
U.S. Government Accountability Office )
                                    )
            Defendants.            )
_____)

ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____day of _____, 2006,

ORDERED, that Plaintiffs' complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
United States District Court Judge