UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No: 06-1002 (JGP) |
| ) | |
| DAVID M. WALKER, et al. ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office ) | |
| ) | |
| Defendants. ) | |

ORDER

UPON CONSIDERATION of Defendants' Motion for a Protective Order Staying Discovery, any opposition thereto, any reply, and the record herein, it is this ____day of _____, 2006,

ORDERED, any and all discovery is stayed pending the Court decision upon Defendants' Motion to Dismiss.

_____
United States District Court Judge