IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al** ) | |
| **and all others similarly situated** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| v. ) | CASE NO: 1:06-cv-01002-JGP |
| ) | |
| **DAVID M. WALKER** ) | |
| **Comptroller General of the** ) | |
| **United States, c/o United States General** ) | |
| **Accountability Office** ) | |
| and ) | |
| **Michael Wolf, Chairman** ) | |
| **United States GAO** ) | |
| **Personnel Appeals Board** ) | |
| ) | |
| **DEFENDANTS.** ) | |

**Second Consent Motion(s) for Extension of Time to File Oppositions to Pending Motions, To Dismiss and to Stay Discovery and to Certify the Class or Classes**

Plaintiffs hereby move for a further two week extension of time to file opposition(s) to the three pending Motions filed by the Defendants. The pending motions are docket items numbers 6, Motion to Stay Class Certification, 7, Motion to Dismiss, and Motion to stay all discovery.

Extensions of time for these three motion requested is to September 11th, 2006. Andrea McBarnette, AUSA, Counsel for the defendants has been contacted, and has consented to the extension requested. The multiple motions filed by the Defendants, recent new events, and a deadline for an Appeal filing in the District of Columbia Court of Appeals make it necessary to request this additional time as required to fully respond to the Defendant's motions. A draft

order accomplishing this objective is attached.

                                              Respectfully submitted,

                                              /s/ charltonw 2428

                                              _____
                                              Walter T. Charlton, Esq.
                                              D.C. Bar No. 186940
                                              230 Kirkley Road
                                              Annapolis, Maryland 21401
                                              410 571 8764
                                              Fax 410 897 0471
                                              Email, chartonwt@aol.com
                                              Counsel for Plaintiffs
                                              and the class they seek to represent

**CERTIFICATE OF SERVICE**

      I, Walter T. Charlton, Esq., hereby certify that, on this 28th day of August, I caused to be mailed, first class, postage prepaid, a copy of the foregoing plaintiffs' Consent Motion for Extension of time to the following:

Andrea McBarnette, AUSA
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20001

/s/ charltonw2428

Walter T. Charlton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al** <br> **and all others similarly situated** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **DAVID M. WALKER** <br> **Comptroller General of the** <br> **United States, c/o United States General** <br> **Accountability Office** <br> and <br> **Michael Wolf, Chairman** <br> **United States GAO** <br> **Personnel Appeals Board** <br><br> **DEFENDANTS.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO: 1:06-cv-01002-JGP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the Plaintiffs' consent Motion for Extension of Time to file opposition to the Defendant three pending Motions, docket items 6, 7, and 8, and it hereby appearing that no prejudice shall accrue to any party, now therefore the motion is GRANTED.

Plaintiffs' opposition shall be due on September 11th, 2006 to each of the three pending motions.

_____
Judge, John G. Penn, United States District Court