**ATTACHMENT 1**

**EVIDENCE, EXCERPT OF COURT HEARING[1]
MISINFORMING THE COURT AS TO THE
NON-EXISTENCE OF GAO PERSONNEL SYSTEMS**

At the status call [on March 10, 2005], plaintiffs' counsel informed the Court that since about 1986 a set of comprehensive employee databases has existed for all similarly situated employees professional level employees/auditors, along with computer programs necessary to manipulate and extract the information in those databases.  The result is a complete and comprehensive employee profile and database information system in existence from 1986 to date.  GAO repeatedly denied this information existed in conjunction with discovery and motions to certify the class.

Defendant's counsel responded, once again at that hearing on March 10th, 2005 [falsely] denying that GAO has a database of profile information regarding its employees.  The transcript for this status hearing in Chennareddy is <u>Attachment 2</u>.  See page 21 thereof which is excerpted as follows:

(Page 21, Lines 10-23)

  10   **THE COURT**:  Are you familiar with this, I'm trying to

  11   think of the name, the Bob Mowbray matter?

  12   **MS. BRASWELL [AUSA-DEPT OF JUSTICE WASHINGTON, D.C.]**:  Yes, Your Honor.  And I apologize.  We

  13   just responded to some additional interrogatories in Van Levon.[sic]

---

[1] Excerpts from the Transcript of a Status Hearing held in *Chennareddy, et al, v. Walker*, Case No 87-3538, March 10, 2005

14   And my recollection is that there was a specific request for

15   that database and that we said there is no such thing as a Bob

16   Mowbray database.

17   What happens is that based on requests that he gets

18   from higher officials at GAO, he can run certain types of

19   databases. But there's no sort of existing database per se.

20   That's my recollection of our response in Van Levon.

21   Your Honor, if I go back as soon as this is over and

22   find that I have mistakenly remembered that, I will immediately

23   file something with the Court, but that is my recollection.

********

Plaintiff's counsel responded by stating that he had taken the deposition of the person, William (Bob) Mowbray at GAO who developed and maintains GAO's computerized personnel data base system.

Mr. William (Bob) Mowbray is an employee of Information Management and Technology Division (IMTEC) of GAO. He has a masters degree in mathematics with majors in sub-disciplines of probability, statistics and analysis. (Mowbray Dep. Pg. 2). His Deposition was taken in the *Vant Leven* case by undersigned counsel on June 27, 2002. Excerpts are attached as <u>Attachment 3</u>. A summary of his relevant testimony follows:

According to Mowbray's testimony, the personnel database system at GAO is very accurate and comprehensive. It contains from 60 to 90 information fields (Mowbray Dep, Pg 11). These data bases and systems have existed for each year since 1986 (Mowbray Dep. Pg

5)(the beginning of our relevant period of time for this case). The systems and data are called "Bob Mowbray's system and data" (Mowbray Dep. Pg. 21).

From 1985 to 1989 Mr. Mowbray worked part time for Steve Medlin, who worked for Assistant Comptroller General Joan McCabe/Dodaro (Mowbray Dep. Pg. 3). His introduction to the GAO's personnel system was when they had him (Mowbray) build a data base for the applicants for the 1986 and 1987 Merit Selection Process (Pg 4). What he did was to "create two databases for them from a bunch of smaller databases." The databases are "on a mainframe computer" (Pg. 5, L 22) probably stored on disk   The database structure is different starting in 1989. From then on the database included "essentially all Banded Staff" (all plaintiffs and the class)(Pg 8).

**Mr. Mowbray** described the contents and capabilities of the system starting at page 8 of his deposition:

*(Page 8)*

Q. Okay. So you built this database. Is there a description somewhere of the elements in that database?

A. There's not a written one.

Q. Not anywhere?. There must be come kind of system definition ---

*(Page 9)*

A. Yes.

Q. – – as to what the fields are?

A. Well, yes, I can run—it's a SAS database. I can run contents at any time, and it will tell me precisely which variables exist in the database.

Q. Okay. Has that database remained roughly consistent from the beginning until now?

A. Yes.

    ****

Q. So there is a separate database for each year, starting in 1989?

A. That's correct.

*(Pg. 10)*

A. SAS is Statistical Analysis System. It's a programming language.

Q. "Do you have a slightly different program for each year?

A. Obviously, any program which requests some analysis of variables from that dataset, we have to name what those variables are. So, to the extent that there may be slightly different variables names from year to year, then the access program would differ slightly.

Q. So if anyone requested you to perform an analysis on any particular year, I presume you would have to use the program for that year?

A. Or modify another program.

Q. Are they easily done?

A. It's not difficult.

*(Pg. 11)*

Q. Is this data base maintained even as we speak?

A. Yes, it exists.

Q And is it still under your maintenance and control?

A. That's correct.

Q. You do it all alone?

A. Yes, I do.

Q. .... approximately how many variables there are in this database?

A. I would have to guess. I would say maybe 60 to 90; I don't know, something like that.

*(Pg. 20)*

Q. So you get input from that data base–you get other input also?

A. Exactly.

Q. What is your other input?

A. All of the demographic data such as race, gender

*(Pg 21)*

org. code, date of birth,...Social Security number of each person. So by merging that, those files, with files from the NFC system, which do have all that demographic data, I can combine those two and add in the variants.

Q. What is the official name of the databases, each year's database that you maintain that we've been talking about?

A. There is no official name. Maybe "Bob's database" is it.

*******

Thus, defendant's representations that no employee profile data exists in database format, and no programs to analyze and extract data exist, as would be relevant [and quite possibly determinative] evidence in this case for all purposes are simply not accurate.