EXHIBIT 3

16 Pages

Excerpts from William Mowbray's Deposition


**ORIGINAL**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JANET MARIE VANT LEVEN, et al.,

    Plaintiff,

v.

DAVID M. WALKER,
Comptroller General of the
United States
General Accounting Office,

    Defendant.

Civil No. 00-2686 JGP
MJ DAR

Thursday, June 27, 2002

    The deposition of William Mowbray, called for examination by counsel for the Plaintiff in the above-captioned matter, pursuant to notice, at the offices of the U.S. General Accounting Office, 441 G Street, Northwest, Room 7172, Washington, D.C. 20548, in the presence of Stan Ruddie, Court Reporter, commencing at 10:15 a.m.



**Court Reporting Services, Inc.**
201 North Fairfax Street, Suite 21
Alexandria, Virginia 22314
Tel: (703) 548-3334; Fax: (703) 684-7278
Toll-free: 1-800-848-4007
www.courtrep.com

WE WILL NEVER FORGET.
9-11-01

This cover is RECYCLED -- 30% post-consumer.

APPEARANCES:

   ON BEHALF OF THE PLAINTIFF

     Walter T. Charlton, Esquire
     Walter T. Charlton & Associates
     230 Kirkley Road
     Annapolis, Maryland  21401
     (410) 571-8764

   ON BEHALF OF THE DEFENDANT:

     Marina Utgoff Braswell, Esquire
     Assistant United States Attorney
     United States Attorney's Office
     555 4th Street, Northwest, Room 10-413
     Washington, D.C.  20530
     (202) 514-7226

   ALSO PRESENT:

     Michael E. Hatch, Esquire
     Senior Attorney, Office of the General Counsel
     U.S. General Accounting Office
     441 G Street, Northwest, Room 1139
     Washington, D.C.  20548
     (202) 512-3287

     Raymond B. Benzinger, Esquire
     Benzinger & Benzinger, P.C.
     2009 North 14th Street, Suite 612
     Arlington, Virginia  22201
     (703) 525-1362

## C O N T E N T S

                   EXAMINATION BY COUNSEL FOR:
WITNESS:             PLAINTIFF       DEFENDANT

William Mowbray        2                --

# EXHIBITS

**Mowbray Deposition Exhibits:**                                                                  For Ident.

No. 1 (Selection rates for transfer applicants)

No. 2 (Statistical data with note, "Steve" from "Joan")

No. 3 (Statistical summaries)

No. 4 (Eligibility for early retirement as of 2/2/2000)

No. 5 (Promotion data for staff in closing offices)

No. 6 (PFP data for potential transfers)

No. 7 (PFP data for potential transfers)

No. 8 (PFP data for potential transfers)

No. 9 (Outline for field office changes, 2/3/00)

No. 10 (Age and 1999 performance data for transfer applicants)

No. 11 (Age distribution for staff who applied for a transfer)

No. 12 (Rebalancing and Strengthening the Management of GAO's Human Capital Assets, 9/14/99)

No. 13 (Untitled note re: number of applicants from closing offices)

No. 14 (List of four GS staff)

No. 15 (Printout of all 78 applicants)

No. 16 (All 21 applicants under 40 years of age)

No. 17 (GAO spreadsheet printout of ratings for applicants, sorted by age)

No. 18 (Average ages of GAO staff by location)

No. 19 (Staff in closing offices who did not apply for transfer)

# E X H I B I T S (Cont'd)

**Mowbray Deposition Exhibits:**                                                           **For Ident.**

No. 20 (Untitled paper, one page)

No. 21 (Profile of four applicants claiming age discrimination)

1   other witness.
2           MR. CHARLTON:  Okay.
3           EXAMINATION BY COUNSEL FOR THE PLAINTIFF
4           BY MR. CHARLTON:
5       Q   All right, Mr. Mowbray, give us a brief summary
6   of your educational background.
7       A   I have a bachelor's degree in mathematics from
8   Frostburg State College in 1974.
9       Q   That's in Maryland?
10      A   That's in Maryland, correct.  A master's degree
11  in mathematics from the University of Maryland.
12      Q   When was that?
13      A   In 1977.  And the major areas for that master's
14  degree were probability, statistics, and analysis.
15      Q   Okay, and when did you come to work at GAO?
16      A   I started GAO in April of 1985.
17      Q   What was your initial position there?
18      A   I was an Operations Research Analyst.
19      Q   What is that?
20      A   It's a position which requires a lot of
21  quantitative methods.  An Operations Research Analyst, in
22  particular, in IMTEC, which is where I was working --
23      Q   What is IMTEC?
24      A   IMTEC is the Information Management and
25  Technology Division.

1   Q   Okay. What did your work consist of there?

2   A   Quantitative --

3   Q   At that time?

4   A   At that time, quantitative methods such as review
5   of cost/benefit analyses, queuing network models of large-
6   scale computer systems like the IRS.

7   Q   Like the IRS what?

8   A   The IRS computer systems. We did modeling of the
9   IRS computer systems to determine their capacity and when
10  they would run out of capacity.

11  Q   If they didn't get quicker, huh? Okay. How long
12  did that last?

13  A   I worked there until November of 1989.

14  Q   Were you doing during that period of time, from
15  '85 to '89, were you doing any administrative modeling or
16  work analysis for GAO itself?

17  A   Administrative?

18  Q   I mean, I understand the IRS modeling. That's
19  doing something for the IRS system. Did you do anything
20  for GAO during that period, that is, pertaining to GAO
21  personnel management?

22  A   Personnel management? Yes, I did. I worked
23  part-time. I mean, I did some work for Steve Medlin, who
24  was -- I don't know his title. He worked in -- I'm trying
25  to even think of the office, what the office name was. He

1  worked for Joan McCabe at the time, who later became Joan
2  Dodaro. They had be build a database of the applicants for
3  the 1986 and 1987 Merit Selection Process.
4      Q   Actually, that was essentially the start of GAO's
5  personnel system, wasn't it?
6      A   I don't --
7      Q   I mean insofar as you were concerned.
8      A   Oh, it was my introduction to it, yes.
9      Q   All right, at the time you got your introduction
10 to it, was there an existing system?
11     A   There has always been a personnel system, and all
12 I did was create two databases for them from a bunch of
13 smaller databases.
14     Q   What were those two databases?
15     A   They consisted of information on applicants for
16 Merit Selection Promotions, who made the Best Qualified
17 List and who was selected for various announcements, job
18 announcements.
19     Q   Was that all-encompassing? That is to cover
20 all --
21     A   It covered all assessments during that annual
22 cycle. It would not include any promotions that occur out
23 of cycle or any promotions that were not competitive MSP
24 promotions. They were --
25     Q   So that's 1986-87 cycle started your involvement

1  with personnel?

2  A   Yes.  Actually, it's the 1986 cycle and the 1987

3  cycle.

4  Q   So there's two years there?

5  A   Two cycles, correct.

6  Q   Two years.  All right, and the databases you

7  created were what?

8  A   They were applicant-by-applicant -- or for each

9  announcement, I should say, for each announcement they gave

10 for each applicant whether the applicant made Best

11 Qualified List or the applicant was selected.

12 Q   Okay.  Is that one database?

13 A   I believe it's two, one for each year.

14 Q   Oh, so it was one database for the applicants and

15 announcements for each year?

16 A   Correct.

17 Q   And that's your two databases you were talking

18 about?

19 A   Correct.

20 Q   All right.  What form did these databases take?

21 A   What --

22 Q   What magnetic media form or system?

23 A   They're on a mainframe computer.

24 Q   In tape form?

25 A   I think they're probably stored on disk.  I don't

1    someone did not formally apply for a job, they would not be
2    part of your database for '86 --
3        A    Correct.
4        Q    -- '87?
5        A    That's correct.
6        Q    Now was this structure, the database structure,
7    in '89 different from that?
8        A    The structure was different, but in 1989 now this
9    is a database for Pay for Performance. So it's all staff
10   who were assessed for Pay for Performance, which is
11   essentially all Banded staff, all Band I, I-F, Band II, and
12   Band III staff at GAO.
13       Q    All right. Now you just used the term "Banded."
14       A    That's correct.
15       Q    Is that when Bands started, in 1989?
16       A    1989 was the first assessment year for which
17   there were Bands, and it was the first year for Pay for
18   Performance.
19       Q    At that time Mr. Bowsher was the Comptroller
20   General, was he not?
21       A    Yes, he was.
22       Q    Okay. So you built this database. Is there a
23   description somewhere of the elements in that database?
24       A    There's not a written one.
25       Q    Not anywhere? There must be some kind of system

1   definition --

2       A   Yes.

3       Q   -- as to what the fields are?

4       A   Well, yes, I can run -- it's a SAS database. I

5   can run contents at anytime, and it will tell me precisely

6   which variables exist in the database.

7       Q   Okay. Has that database remained roughly

8   consistent from the beginning until now?

9       A   Yes.

10      Q   I presume that you made some modifications and

11  changes to it from time to time?

12      A   Not to the 1989 data. Or do you mean the

13  structure of the database?

14      Q   The structure of the database itself.

15      A   The structure has probably changed. I can't say

16  for sure. I think it probably has.

17      Q   Okay. Is each year maintained as a separate

18  database?

19      A   Yes.

20      Q   So there is a separate database for each year,

21  starting in 1989?

22      A   That's correct.

23      Q   Okay. Now how is the database accessed? If it

24  changed slightly over the years, obviously, you have to

25  have a little bit different access program to go in and

10

```
 1   grab stuff and analyze it, is that correct?
 2        A    Well, with a SAS program or with a SAS data --
 3        Q    What does SAS mean?
 4        A    SAS is Statistical Analysis System.  It's a
 5   programming language.
 6        Q    Okay.  It's a programming language of its own?
 7        A    Yes.
 8        Q    Okay.
 9        A    And where were we going with this?
10        Q    My question was, do you have a slightly different
11   program for each year?
12        A    Obviously, any program which requests some
13   analysis of variables from that dataset, we have to name
14   what those variables are.  So, to the extent that there may
15   be slightly different variable names from year to year,
16   then the access program would differ slightly.
17        Q    Okay.
18        A    Yes.
19        Q    So if anyone requested you to perform an analysis
20   on any particular year, I presume you would have to use the
21   program for that year?
22        A    Or modify another program.
23        Q    Are they easily done?
24        A    It's not difficult.
25        Q    What is the formal name for the GAO personnel
```

(703)548-3334          Court Reporting Services, Inc.          1-800-848-4007
                       201 North Fairfax Street, Suite 21
                       Alexandria, Virginia  22314

```
 1  database?
 2       A    We've kind of changed topics here.  The GAO
 3  personnel database is kept at the National Finance Center.
 4       Q    Okay.  I don't want to get off of this.
 5       A    All right.
 6       Q    That's a different subject?
 7       A    That's a different topic.
 8       Q    Okay.  All right, now hold that one for me.  All
 9  right, just let me keep going.  You just make notes,
10  please.
11            Is this database maintained even as we speak?
12       A    Yes, it exists.
13       Q    And it is still under your maintenance and
14  control?
15       A    That's correct.
16       Q    Do you have people working for you?
17       A    No.
18       Q    You do it all alone?
19       A    Yes, I do.
20       Q    Wow, okay.  Now do you recall approximately how
21  many variables there are in this database?
22       A    I would have to guess.  I would say maybe 60 to
23  90; I don't know, something like that.
24       Q    Could you give me examples of what the variables
25  are, like important ones, ones that we would recognize in
```

1  Handbook.

2  Q  I guess when you finish running all those cross-
3  checks, you're pretty well assured that at least most
4  everything is right, right?

5  A  That's correct.

6  Q  Of course, you could have a key entry error of
7  some kind, but it would have to be minor or one of these
8  checks would catch it, right?

9  A  One would think so.  The major data elements must
10 be correct.

11 Q  Okay.

12 A  And much of the information comes from the NFC
13 database, which is also very reliable.

14 Q  Now what is that?

15 A  That is the database that is at the National
16 Finance Center.

17 Q  So are you saying that your system gets input
18 from that as part --

19 A  That's correct.  The system I create gets input
20 from that.

21 Q  So you get input from that database -- you get
22 other input also?

23 A  Exactly.

24 Q  What is your other input?

25 A  All of the demographic data such as race, gender,

```
 1   org. code, date of birth, any demographic-type data is not
 2   in the diskettes that come from the individual units from
 3   the PFPCS database.  But what is in there is a Social
 4   Security number of each person.  So by merging that, those
 5   files, with files from the NFC system, which do have all
 6   that demographic data, I can combine those two and add in
 7   those variants.
 8            MR. CHARLTON:  Okay.  I want to just take a 30-
 9   second break here or something, one minute.
10            MS. BRASWELL:  Sure.
11            MR. CHARLTON:  I need to talk to my folks and see
12   if we've covered everything.
13            MS. BRASWELL:  Do you want us to step outside?
14            [Discussion held off the record.]
15            MR. CHARLTON:  On the record.
16            I just have a couple of cleanup questions here.
17            BY MR. CHARLTON:
18       Q    What is the official name of your -- everybody
19   here says it's called, "Bob's database."
20            [Laughter.]
21            What is the official name of the databases, each
22   year's database that you maintain that we've been talking
23   about?
24       A    There is no official name.  Maybe "Bob's
25   database" is it.
```

1        [Laughter.]

2    Q    There is no official name?

3    A    There is no official name.

4    Q    So if we asked for something from Marina here,
5 Mrs. Braswell, we say, "Bob's database"?

6    A    You would ask for, for instance, the 1989 PFP
7 database, or whatever.

8        MS. BRASWELL: Not that one. It's not relevant,
9 but you could ask for a database, I assume, that is
10 maintained by Mr. Mowbray.

11       MR. CHARLTON: All right, well, we know what to
12 ask for. Of course, the judge decides what's relevant and
13 what isn't, and we will see what we will see.

14       BY MR. CHARLTON:

15   Q    Now the size of this database is approximately
16 what for each year?

17   A    Since it's stored on a mainframe, I really don't
18 know. It's not overly large. I mean, if it were to be
19 written to fixed length records, a record would probably --
20 this is the PFP database again now -- a record would
21 probably not exceed 300 characters, and there are probably
22 3,000 to 3,500 observations per record. So that would give
23 you an indication of the size.

24   Q    Three thousand times 300?

25   A    Did I say -- yes, 300 is about, I guess, what a

```
 1   record length would be, if it were written to a text file,
 2   and there are about 3,500 records for some years down to
 3   about fewer than 3,000 for other years.
 4       Q   Now if you are asked and when you are asked for
 5   an analysis of this database for any particular year, I
 6   presume that it is not a big deal to go ahead and get it?
 7       A   Well, it depends on the analysis, of course, and
 8   whether the analysis involves only variables that are in
 9   that database or whether it involves things that might have
10   to be merged in from other databases.
11       Q   I understand.  Assume that there are no -- that
12   it's all there and you don't have to do anything.
13       A   Accessing it is relatively easy.
14       Q   How much time and trouble would it be to access
15   one year, to get an analysis of 15 variables?
16       A   It's not a large deal.  It would take some time,
17   but certainly not a tremendous amount of time.
18       Q   Can you give me that in manhours?
19       A   Well --
20       Q   Computer hours?
21       A   Something like --
22           MS. BRASWELL:  Objection.  Calls for speculation,
23   based on the way you phrased the question.  It is a very
24   vague question.
25           BY MR. CHARLTON:
```