IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur L. Davis, et al<br>   and all others similarly situated<br><br>PLAINTIFFS,<br><br><br>DAVID M. WALKER<br>Comptroller General of the<br>United States c/o United States General<br>Accountability Office (GAO)<br>   and<br>Michael Wolf, Chairman<br>United States Government Accountability Office<br>Personnel Appeals Board (PAB)<br>   DEFENDANTS. | CASE NO: 06 1002 (JGP) |

**AFFIDAVIT
ARTHUR L. DAVIS**

**After first being duly sworn in accordance with law, I hereby state under the penalties of perjury as follows:**

**I.** Identification of Employee.

    Name: Arthur L. Davis
    Age, date of birth May 29, 1948
    Sex Male
    Date Hired by GAO July 2, 1973
    Date rating started to fall. Please see below
    Band or GS Grade Band II
    Technical Job Description Various issue areas over the years but assigned to
        Tax Administration and Policy from 1987 until 2004.

    I consider and allege that my "retirement" which occurred on June 1, 2004 was in fact caused involuntarily and was in fact a "constructive discharge". The root causes were false and incorrect ratings, acts of harassment falsely demeaning of my status and work performance. Particularly egregious were false allegations impugning my ability and professional integrity after over 30 years of highly successful performance. Until I reached the age where age discrimination kicks in at GAO, my ratings,

performance and professional standing were uniformly high and unquestioned.  My slide to the "out the door" status began when I was 46.  My abilities have not diminished over the years, but actually increased with the application of computerized abilities to my considerable background in civil rights and GAO technical areas.

Throughout my career with GAO, I have filed complaints with the Office of Opportunity and Inclusiveness (formerly Office of Civil Rights) more specifically in 2002 and 2003 for race and age discrimination issues. These complaints were counseled, but not resolved.  I believe investigations were held, and witnesses were contacted, but no final report or resolution was ever given to me. In this regard, this was consistent with GAO pattern and practices of non-resolution of issues but instead to continue its discriminatory practices under the covers of its weak investigations of these issues.  I seem to recall some oral references to timetables for complaints, but no notice to me of the existence of GAO Order Number 2713.2 was ever given, either orally or in writing.

**II.**  I have read carefully the complaint filed in the United States District Court for the District of Columbia, in case No 06 1002 JGP, and all of the statements contained therein are true and correct to the best of my knowledge information and belief. The facts upon which I base this statement follow.

**III.  Details of Immediate and Irreparable Harm to Me and My Professional Standing at GAO in the Past 12 months:**
   (Note: This section does not apply to me since I retired in 2004).

**IV. Detailed Statement of Facts Supporting the Foregoing Claims of Harm.**

For the last several years of my employment I had been experiencing a series of acts applicable to me personally and in my observations applicable to nearly all older employees at the GAO.  These actions generally included a downgrading of assignments, ratings of performance on all jobs, and lowered ratings on my individual yearly ratings.

I know that the general statement that the pattern and practices described in the preceding paragraph is true of my own knowledge because of the hundreds of complaints I reviewed, and many hundreds more of informal phone calls or discussions in person which occurred during my six years as chair of the Advisory Council for Civil Rights (ACCR).

That counsel was  an organization approved by management of the GAO.  Membership

on the council was elected by GAO employees, and the chair was elected by the members of the council.  During those six years I was repeatedly contacted by older, protected employees who complained about their treatment as inferiors in virtually all aspects of their employment.  The sheer volume and unanimity of those complaints of non-equal treatment of older protected persons led me to believe, and act with respect to the overall age based discriminatory pattern of their complaints.

Just prior to the beginning of my own discrimination complaints, at the request of a number of employees, I raised with top management questions brought to me by other employees concerning observed instances of age bias. This occurred first on or about 1994 when I represented them as chair of the GAO's ACCR .  The ACCR was created by GAO as an active committee of elected representatives of all GAO employees.  That committee was formed by management in about 1971 for the purpose of in-house correction of discrimination matters before those matters became the subject of GAO's formal discrimination processing, either with the PAB ( in 1980 ) or the Courts.

My inquiries, which were first met with the order to "back off", then, after I refused to bury my obligation to the persons who had elected me, with obvious reprisals against me personally.  Those personal reprisals were coupled with the disbanding of that committee (The ACCR).  The ACCR has now been replaced by another committee made up of the Comptroller General's hand picked persons.

The ACCR was disbanded for reasons given by GAO management that were and are untrue, and known to be such by most reasonable people, including the Comptroller General.

I ignored those reprisals against me and for the next several years engaged in contemporaneous civil rights efforts as an employee of GAO.  My efforts were aimed at constructive correction of GAO management's blatant across the board attempts, unfortunately largely successful, to first discredit, then terminate by pressure and personal affronts essentially all older experienced employees.  Those "older experienced employees" were those who had reached by that time a mature age, and a knowledge of "company policy" as distinguished from "company propaganda".

Reprisal or retaliation for my civil rights efforts, became more overt and personally discomforting, even painful, on or about 1998 immediately after I refused to "back off" from covering up or failing in my perceived duties as chair of the ACCR.  At that time I personally had one case being processed by the PAB (GAO's purported but ineffective personnel oversight agency) and had attempted to intervene into a putative age class action case, USDC DC 87-3538, which had been on-going for about 15 years at that time.

The acts of reprisals, low ratings, comments and innuendo continued for the next six years.  I then was forced by the degrading treatment of me after 30 years plus as a staff member and in order to maintain my professional reputation, self-esteem and dignity, to

retire. I consider my retirement as in reality a constructive discharge since all of the indignities I suffered, along with my older co-workers, are in violation of federal law. For more details of the acts I perceive to be illegal acts of reprisal or age discrimination, or mixed, see Attachment I.

**THE PAB IS A SUBVERTED AND CONTROLLED USELESS ORGANIZATION:**

I am aware that the PAB is a de facto totally controlled sub-unit of the GAO. Its practices have included over the years budget control by GAO over the PAB, failure to appoint members, allowing former board members and chairpersons to become general counsel, and allowing GAO to withhold from it GAO's secret personnel statistics. The one study of which I am aware by the PAB on GAO's personnel practices was undoubtedly correct in its findings of discrimination, including age indications of age bias, but never followed up.

I am aware of firings by the PAB of honest employees who refused to subvert their professional findings to the official doctrine of PAB management.

Over the years I had been very active and observant of the civil rights situation at GAO. I observed the PAB become suborned and ineffective by admitted control of its actions by GAO budget control (admitted by GAO counsel in open court in a hearing that I attended in May 2001). I also noted the failure of GAO to be candid with both the PAB and the Court by failing to disclose the existence of GAO's in-house personnel statistics and a major statistical system. This key information is necessary to gather pattern and practice "facts" in an efficient manner. GAO kept the existence of this system from complaining employees, its own oversight system, and misrepresented the non-existence of that system to the Federal Court in the related case I attempted to join. Case No 87-3538 JGP (USDC DC). I believe strongly that the system was used as a management tool in its discriminatory plans designed to bring about a "younger vital staff", a terminology used frequently by the Comptroller General and his management team.

Finally, in a report dated September 30, 1999 after about 20 years of failure to do its duty to prohibit age discrimination, and inaction in enforcement of observed discrimination, the PAB produced a statistical study of its own for employment practices from 1991 through 1995 which strongly indicated age discrimination in the workplace.

The PAB recommended action in the nature of further analysis and pinpointing problems. GAO not only refused, but challenged the PAB definitive results when it knew full well that GAO's own secret statistics, if access were allowed, would prove GAO's own violations of the law. If GAO were required to produce its own statistical reports from its own system, based upon my personal observations, I believe that the actual statistics from GAO's own system would prove that GAO has lied to the federal courts, its own oversight agency and the congress for more than 20 years.

Recently, GAO has not been candid with the Court in two underlying cases, falsely denying, once again, that its comprehensive statistical data and system even exists. I further submit, based upon statistics I have seen prepared by my former co-workers by hand in the 20 year old class action, that the pattern that I observed in my job as ACCR Chair is consistent for the entire period of time, from 1985 to now. For that whole time it is just the same old pattern, under various guises.

In other words, the unabated age discrimination continues, the PAB is not only a controlled "house organ" contrary to the intent of congress when it set up the PAB, but GAO lies to it with impunity and the Courts as well. Nothing is done to correct this harmful situation, and GAO proceeds down the road in its own dishonest way.

I have received and considered all of the materials available to me regarding GAO's present discriminatory plan to oppress the older employees, including denial of cost of living increases. GAO present actions, in splitting band II's into the persons they want to keep (the young persons) and the ones they want to get rid of (the older persons) are just part of the 20 year old same pattern and practice. And that practice is unwise, immoral, and illegal. If the "watchdog of the congress" lies to the courts, the congress, and its own people, it certainly cannot be entrusted with the duties for which it was created by congress.

For older experienced persons are the heart and soul of GAO's mission and duty to this Country. By reason of their experience, professionals of 20, 30 and 40 years experience have seen it all and, by reason of this experience are not inclined to blindly follow the unwise actions or orders of GAO management. And this is, in my judgment, the real motive to get rid of the older persons. These managers want young green analysts so GAO management can do what it wishes, having young green analysts blindly follow orders, and sweep embarrassments, inequities and theft under the rug, regardless of the correct facts or whether its decisions are good for the country (and the congress for whom it is supposed to act) or not.

I understand from my former colleagues who still work at GAO that one part of the band split takes away the cost of living increases from those GAO persons who now have suffered the indignity to be downgraded to band II (a). From my own civil rights training, I believe that is a prohibited personnel act in addition to being a violation of equal treatment of persons all of which were rated as "fully successful" in meeting their assigned tasks for the year. I have instructed my counsel to address the legalities of this point in the instant motion for preliminary and permanent injunctions.

In my judgment, age discrimination at the GAO is symptomatic of far larger problems, but we have to start somewhere. This is where I start.

**V.  Attachments**:

I have received many awards and commendations during my thirty-year plus tenure at GAO.   These awards ranged from letters of accommodations with cash and without cash within GAO and outside recognition by organizations for activities both inside GAO and other federal agencies.  To illustrate, the American Heart Association and GAO recognized my contributions in promoting a healthy workplace by teaching CPR to GAO employees as well as other federal employees (Savings Immeasurable – Two Former Students Were Able To Relieve Two Choking Victims And Save Their Lives).

Moreover, I also received similar levels of recognition for my contributions to various assignments such as Reviews of IRS Filing Seasons, IRS EITC, IRS Redeployment Plans, and GSA Building Purchase Plan (Savings $ 15 Millions By Convincing GSA Not To Purchase A Building in Las Vegas Unless The Seller Was Willing To Pay For The Defects In The Building), Census 2000, IRS Regional Office Operations, Discrimination In Federal Grants Programs, Title VI, 1964 Civil Rights Act And Federal Agencies Enforcement of The Act (Testified Before Congress On Results; This study is still Considered the Most Comprehensive Study To date of the Federal Government Enforcement of Its Civil Rights Laws ), Federally-Held Loan Sales to the Public. IRS Problem Resolution Program, and finally, the last recognition I received came after my retirement  which was contained in the e-mail below:

* * * * *

 "Jim, thank you very much for this info.and keeping me posted.

Best regards,

Art
----- Original Message -----

From: "James J Ungvarsky" <UngvarskyJ@gao.gov>
To: <adavis@jps.net>
Sent: Thursday, January 19, 2006 11:14 AM
Subject: Fwd: Recent Strategic Results


Arthur Davis,

Proves once again that he is the man, behind Charlie Daniel and Jim White
jim
>>> Jyoti Gupta 1/19/2006 2:05 PM >>>
Congratulations on a very significant accomplishment!

>>> J C Mihm 1/19/2006 1:55 PM >>>
Esteemed colleagues--

While the ERS is down we are still processing accomplishments. Here is a recent financial accomplishment.

Congratulations and thanks to all involved!

Chris

IRS Eliminates Questionable Form W-4 Program, Saving Resources (GAO-06-543A)
IRS's Questionable Form W-4 Program was used to determine if taxpayers were complying with tax withholding guidelines. Our review of the program found that many employers were not complying with their reporting requirements and that the information IRS maintained may not reflect the current withholding status of taxpayers. Because IRS's information on the program was incomplete and unreliable, we recommended that IRS assess the value of the program and determine if the program should continue in its present form. IRS subsequently eliminated the program and started to use other existing data to monitor withholding compliance. IRS estimated the financial savings to be $4.1 million.
Charlie Daniel, James Ungvarsky, Jim White, and Arthur Davis were responsible for this accomplishment.

Take care.
Jan

**AFFIDAVIT OF ARTHUR L. DAVIS**  Attachment I

Beginning about 2003, I had been singled out for disparate treatment as to my time cards and my word has been challenged as to my time spent on the job, and I have been ordered to report my comings and goings in a special manner designed to demean my status, and subject myself to special reporting allowing untrue criticism of my attendance, and other nonprofessional attacks on my character.

I have been subjected to the following special demeaning treatment.  On April 23, 2003, the writer stated that he advised me about the accuracy of my Time and Attendance.  I told the writer that I was here on April 7th but that I was not here on the April 18th and that I would make a prior period adjustment the next pay period.

Continuing along this line, the writer brought another instance where he maintained that one July 14th and 25th, 2003 I was not in the office. On July 13th I was in Sacramento, California assisting my daughter who was in a car accident and I did not work on the July 14th. But, on July 25th I did work and I had affidavits attesting to that fact.  I did not turn my computer on all that day because I was reading and cleaning up my office.  For the last 30 years whenever I have unscheduled leave, I **always** make adjustments at the next pay period. Though, these are nick-picking details, they are "part and parcel" of a bigger issue pertaining to disparate treatment and discrimination.

As a 30 + year (1973) employee of the GAO I have always adhered to government policies and honest practices and consider these actions for what they are, calculated harassment designed to make me quit.  I won't! …. And I will leave when I am ready…*not* before or after.  To illustrate, I was told that I could not leave my computer on, though headquarters; especially IT never said that this could not be done, and has not promulgated any formal direction. My rationale for leaving my computer on with the screen *dark follows:*

> This is an industry's practice.  I followed this practice in 2006 with my personal computers in my home and at my real estate office because it is the correct and most efficient and useful practice of which I am aware.

> Specifically, Microsoft recommends that ***Windows maintenance tasks be performed*** only when the computer is on.  They added further that the easiest way to maintain your computer is to leave it running all the time and schedule maintenance to happen at night. I schedule my maintenance to occur at midnight to 3 am everyday so that the computer is ready for me at 6:00am the time I report to duty. It is my belief that the foregoing personal example demonstrates a hostile work environment.  And this is but one of many examples..

I am a disabled American veteran, of African/Indian American decent and by virtue of my 30 years plus experience and age.  I believe that my history, conduct and clean

record as a professional level employee for over 30 years entitled me to a presumption of honesty, the same as all other professional level employees at GAO.  This information is in my personnel jacket and has been there since 1973.  There are times when I have difficulties getting out of bed to come to work and I take leave and go to the Veterans Administration Hospital for treatment of my service-connected disability related to Agent Orange infections.

I respectfully requested that GAO management be **Ordered** to cease and desist from discrimination and acts of disparate treatment and make allowances, as the regulations provide, (the State of California does where I have been granted a permanent placard for disability parking, for example) for any disability for which I continually suffer as is my right as a disabled veteran; and unspecified general and specific damages and legal expenses.


The essence of the foregoing evidence was sent to my superiors at GAO incident to a trumped up complaint of insubordination which did not actually occur.

ADO's: David Walker, CG
James White, Director, SI, Tax Issues
Charlie Daniel, Assistant Director, SI, Tax
Jonda Van Pelt, Assistant Director, SI, Tax
Kerry Dunn, Field Office Manager, WRO-SF
Et al


I also want to mention one more detailed occurrence.  One of the last assignments I did before retirement in 2004 was to be the Evaluator in Charge (EIC) on an assignment to evaluate the IRS's W-4 program. I specifically identified weaknesses in IRS's development and administration of the W-4 program and recommended that IRS abandon the program. In 2006 IRS cancelled the program and saved over 4 million annually; yet my rating was one of the lowest I ever received.

I received this from Mr. James White, Director, SI, Tax Issues and Mr. Charlie Daniel, Assistant Director, SI, Tax, et al though I had developed the major findings in this report and convinced IRS to accept them.   Of course, I vehemently disagreed with the rating and I attached my comments to their rating of my performance. My comments were very terse and reflected my frustrations with the treatment I received.  I have attached an e-mail from colleagues attesting to my contributions to this assignment ( Please see above )   To say that **" Art does imitate life",** both White and Daniel were required to take remedial training on how to prepare ratings as recent as 2006   In my judgment, these people need a lot of psychological help, and in my opinion, and they should not be in their respective positions.

**Signature and Notarization:**

**VI.**  I declare under the penalties of perjury that the foregoing statements are true and correct and that all attachments to this affidavit are genuine, or true, and/or correct copies of genuine documents.

_____/s/_____    __08/14/06_____    _____
Signature                                          Date
Arthur L. Davis

Subscribed and Sworn to before me this 14th,  day of _August, 2006_____

NOTARY PUBLIC, CITY OF ____Vallejo____STATE OF _California___


MY COMMISSION EXPIRES __09-07-2006_____

/s/ Jean-Marie R. Jean                                        Date 8-14-2006

                                                                    /s/