# WALTER T. CHARLTON & ASSOCIATES
*Attorneys At Law, Washington, D.C.*

--------

202 296 2975, 410 571 8764 (Phone)
410 897 0471 (Fax)

**Mailing Address:**
**230 Kirkley Road**
**Annapolis, Maryland 21401**                           April 6th, 2005

United States General Accounting Office (GAO)     **BY CERTIFIED MAIL**
Office of Opportunity and Inclusiveness           **RETURN RECEIPT REQUESTED**
451 G. Street, N.W.
Washington, D.C. 20548

*Notice and Re-Notice of Intent to Sue*

Ladies and Gentlemen:

  By Letter of June 10th, 1999 a Notice of Intent to Sue was given by letter, a copy of which was directed to the Comptroller General, Mr. David M. Walker. A copy of that letter is incorporated by this reference. That letter noticed and re-noticed intent to sue for a class action for age discrimination for 15 employees specifically named persons and 151 unnamed persons all of whom were then employees or former employees of the GAO. All of the specifically named persons had previously given the required notice of intent to sue as a part of the on-going case of V. Chennareddy et al v. Charles Bowsher, Case No. 87-3538 JGP. Mr. Bowsher has been replaced by Defendant David M. Walker, as the Defendant in this case against a Federal Government Agency.

  That case, and the claims of all of the present persons who seek to become class representatives in this case is presently pending before the Honorable Senior United States District Judge, John G. Penn of the United States District Court for the District of Columbia.

  This notice is intended to Notice, to the extent applicable, and constitute New Notice to the extent applicable, for each of those employees and putative class members listed previously, including the 151 unnamed persons listed in that notice, and further to note the intent to either file a lawsuit individually, or to join the on-going case by three additional persons. Those three persons are Arthur L. Davis, and Jimmie Gilbert, former employees of the GAO, and James Moses, a current employee. These three persons are African Americans, and they too, allege age discrimination in their employment at GAO. They will also seek to adopt the on-going continuing violations of the Age Discrimination in Employment Act (ADEA) alleged in previously filed complaints in the afore-described case, as their own.

  The undersigned firm represents those individuals for purposes of the contemplated lawsuit(s) and/or in the on-going case as prospective intervenors.

  All correspondence should be directed to this office.

                  Sincerely,


                 Walter T. Charlton, DC Bar # 186940

CC:
Jimmie Gilbert
7251 S. Vernon Ave.
Chicago,
ILL. 60619

James David Moses
1662 Cyrene Drive
Carson, CA 90746

Arthur Davis
194 Carnival Court
Vallejo, CA 94589

The Honorable David M. Walker
Comptroller General of the United States
      of America
451 G. Street, N.W.
Washington, DC 20548