UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No: 06-1002 (JGP) |
| ) | |
| DAVID M. WALKER, et al. ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office ) | |
| ) | |
| Defendants. ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND

The Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., through counsel, request an enlargement of time to respond to Plaintiffs' oppositions and motions filed on August 11 and August 12, 2006. Plaintiffs have filed a motion to strike dual representation of the Defendants, a motion for an order to show cause, and a cross motion to certify the class. Plaintiffs also filed an opposition to the Defendants' motion to dismiss the case and an opposition to stay both discovery and class discovery. Given the number of filings to which Defendants will respond and their identical due dates, Defendants seek additional time to prepare their responses. Specifically, defendants requests that they be allowed to file their responses by October 9, 2006. This extension is sought in good faith and will not unfairly prejudice any party. Plaintiff's counsel has graciously consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their responses by October 9, 2006.

September 18, 2006.  Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Enlargement was filed via the Court's electronic filing system on this September 18, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Walter T. Carlton
Walter T. Charlton & Assoc.
1156 15th Street, N.W.
LL 10
Washington, D.C.  20005
(410) 571-8764 (phone)
(410) 897-0471 (Fax)

　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar  #483789
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　555 Fourth Street, N.W.,
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7153