UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DAVID M. WALKER, et al. )<br>Comptroller General of the )<br>U.S. Government Accountability Office )<br>)<br>Defendants. )<br>_____) | Case No: 06-1002 (JGP) |

## AFFIDAVIT OF RONALD A. STROMAN

I, Ronald Stroman, depose and state as follows:

1. I am presently employed as the Managing Director of the Office of Opportunity and Inclusiveness (O&I), formerly known as the Civil Rights Office, at the Government Accountability Office (GAO). In that capacity, I have the responsibility for the receipt and processing of individual and class complaints of discrimination. I have served in that capacity since approximately 2001.

2. Among other duties, O&I staff provides EEO counseling, mediation and complaint discrimination services to U.S. Government Accountability Office employees and applicants.

3. When O&I receives a formal Complaint of Discrimination, O&I creates a file and places it in a filing cabinet located in O&I, then begins processing the complaint.

4. O&I has two files: one containing active complaints, and one containing old complaints. O&I's files date back to approximately 1990. The O&I filing system is organized alphabetically by the complainant's name.

5. On or about September 13, 2006, a member of my staff performed a search of the O&I files to ascertain whether O&I had received Complaints of Discrimination from James Moses, Arthur Davis, or Jimmie Gilbert.

6. O&I did not locate any Complaints filed by Mr. Gilbert.

7. O&I located only one Complaint filed by Mr. Davis, dated January 7, 2004. This Complaint has been identified as Defendants' Exhibit 1.

8. O&I located two Complaints filed by Mr. Moses, dated January 18, 2002 and April 4, 2006. These Complaints have been identified as Defendants' Exhibits 3 and 5.

9.   O&I's file also contained a Complaint of Discrimination dated December 14, 2001; O&I records reflect that this complaint alleged the same violations as the one accepted on January 18, 2002.

10.   Defendants' Exhibit 4 is a letter O&I issued to Mr. Moses acknowledging receipt of his 2002 Complaint of Discrimination and identifying which claims O&I was accepting for investigation.

11.   There is no record of a final agency decision having been issued with regard to the Complaints identified in paragraphs 7, 8, and 9 above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

_____    9/26/06
Ronald A. Stroman             Date