IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur L. Davis, et al )<br>  and all others similarly situated )<br> )<br>PLAINTIFFS, )<br> )<br> )<br> )<br>DAVID M. WALKER )<br>Comptroller General of the )<br>United States c/o United States General )<br>Accountability Office (GAO) )<br>  and )<br>Michael Wolf, Chairman )<br>United States Government Accountability Office )<br>Personnel Appeals Board (PAB) )<br>  DEFENDANTS. )<br> ) | CASE NO: 06 1002 (JGP) |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUR-REPLY TO
TO DEFENDANT'S NEW FACTS AND SUPPLEMENT TO GAO'S MOTION TO
DISMISS**

Plaintiffs through counsel have contacted opposing counsel Andrea McBarnette who consented to an extension of time to respond to Defendant's new materials and arguments contained GAO's reply to the Motion to Dismiss. An extension of until November 8th, 2006 is requested.

The Court's attention is respectfully directed to the accompanying statement of points and authorities in support of this motion and the suggested Order.

Respectfully submitted,

/s/ charltonw 2428

Walter T. Charlton, D.C. Bar # 186940
Counsel for the Plaintiffs and the Class
They Seek to Represent
230 Kirkley Road,
Annapolis, Maryland 21401
Telephone 410 571 8764
Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al**<br>    and all others similarly situated<br><br>**PLAINTIFFS,**<br><br><br>**DAVID M. WALKER**<br>**Comptroller General of the**<br>**United States c/o United States General**<br>**Accountability Office (GAO)**<br>    and<br>**Michael Wolf, Chairman**<br>**United States Government Accountability Office**<br>**Personnel Appeals Board (PAB)**<br>    **DEFENDANTS.** | )<br>)<br>)<br>)<br>)   CASE NO: 06 1002 (JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR EXTENSION OF TIME TO SUR-REPLY TO
TO DEFENDANT'S NEW FACTS AND SUPPLEMENT
TO GAO'S MOTION TO DISMISS**

1. This is a consent motion.

2. Several motions in this and related cases are relevant to this response to be filed. The preparation of these motions is ongoing and requires integration of all of the facts as well as matters relevant to this response.

3. The time for preparation while considering all aspects of this case will be until about November 8th, 2006.

    Therefore, Plaintiffs request an extension of until November 8th, 2006 to file a response to this reply and supplement.

1

Respectfully submitted,

/s/ charltonw 2428

Walter T. Charlton, D.C. Bar # 186940
Counsel for the Plaintiffs and the Class
They Seek to Represent
230 Kirkley Road,
Annapolis, Maryland 21401
Telephone 410 571 8764
Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al**<br>    **and all others similarly situated**<br><br>**PLAINTIFFS,**<br><br><br>**DAVID M. WALKER**<br>**Comptroller General of the**<br>**United States c/o United States General**<br>**Accountability Office (GAO)**<br>    **and**<br>**Michael Wolf, Chairman**<br>**United States Government Accountability Office**<br>**Personnel Appeals Board (PAB)**<br>    **DEFENDANTS.** | CASE NO: 06 1002 (JGP) |

## ORDER

Upon consideration of Plaintiffs' consent motion for an extension of time to file a response to Defendant reply and supplement to their Motion to Dismiss, and it appearing that: the interests of justice will be served by granting this extension, now therefore, Plaintiffs may file a response to Defendant's reply and supplement on or before November 8th, 2006.

_____
John G. Penn, United States District Judge

1

**Certificate of Service**

  I hereby certify that I mailed, first class postage prepaid, a copy of this Plaintiffs' Motion for Extension of Time to File a Response to Defendant's Reply to Plaintiffs' Opposition to Defendants Motion to Dismiss on this 18th , day of October, 2006 to counsel for the Defendants:

Andrea McBarnette, AUSA
Judiciary Center Building
555 4th, Street, N.W.
Washington, D.C. 2001.

  /S/ Charltonw 2428
_____
Walter T. Charlton