IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur L. Davis, et al )<br>    and all others similarly situated )<br> )<br>PLAINTIFFS, )<br> )<br> )<br> )<br>DAVID M. WALKER )<br>Comptroller General of the )<br>United States c/o United States General )<br>Accountability Office (GAO) )<br>    and )<br>Michael Wolf, Chairman )<br>United States Government Accountability Office )<br>Personnel Appeals Board (PAB) )<br>    DEFENDANTS. )<br> ) | CASE NO: 06 1002 (JGP) |

**PLAINTIFFS' CONSENT MOTION TO FILE
PLAINTIFF'S OBJECTION, OPPOSITION AND SUR-REPLY
TO DEFENDANT'S SUPPLEMENT TO MOTION TO DISMISS**

Plaintiffs through counsel respectfully request an extension of time to file a sur-reply and opposition to Defendant's Motion to Dismiss. Defendants' counsel, Andrea McBarnette has been contacted and does not object to the extension requested, to November 27, 2006.

**PLAINTIFFS POINTS AND AUTHORITIES IN SUPPORT OF THIS MOTION.**

1. Plaintiffs' counsel has been working diligently to simplify and shorten the complaints of these plaintiffs and the similar, if not identical complaints of all of the plaintiffs in related cases now before this court represented by the same counsel and containing essentially the same complaints against the defendants in this case.

2. That effort is ongoing and will require at least two weeks to complete to a sufficient extent to correctly and cogently file the responses to defendants's motion as supplemented. This effort is relevant to the instant motion and the response is expected to be in the interests of justice, simplicity and justice.

3. Counsel for the defendants has requested that the consent motion be for filing not earlier than November 27th, 2006, a date subsequent to the up-coming holiday.

Wherefore, premises considered, an extension of time to respond is requested to November 27th, 2006.

>Respectfully submitted,
>/s/ charltonw 2428
>Walter T. Charlton, D.C. Bar # 186940
>Counsel for the Plaintiffs and the Class
>They Seek to Represent
>230 Kirkley Road,
>Annapolis, Maryland 21401
>Telephone 410 571 8764
>Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al**<br>    and all others similarly situated<br><br>**PLAINTIFFS,**<br><br><br>**DAVID M. WALKER**<br>**Comptroller General of the**<br>**United States c/o United States General**<br>**Accountability Office (GAO)**<br>    and<br>**Michael Wolf, Chairman**<br>**United States Government Accountability Office**<br>**Personnel Appeals Board (PAB)**<br>    **DEFENDANTS.** | )<br>)<br>)<br>)<br>)   CASE NO: 06 1002 (JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Extension of time until November 27, 2006 to file a response to PLAINTIFF'S OBJECTION, OPPOSITION AND SUR-REPLY TO DEFENDANT'S SUPPLEMENT TO MOTION TO DISMISS, and it appearing that the extension is in the interests of justice, now therefore, the motion is GRANTED.

Plaintiffs shall have until November 27, 2006 to file the Sur-Reply and response to the Defendants' Motion to Dismiss in this case.

_____
John G. Penn, United States District Judge

1

**Certificate of Service**

I hereby certify that I mailed, first class postage prepaid, a copy of this Plaintiffs Consent Motion for An Extension of Time to File a Sur-Reply and Opposition on this 8th, day of November, 2006 to counsel for the Defendants:

Andrea McBarnette, AUSA
Judiciary Center Building
555 4th, Street, N.W.
Washington, D.C. 2001.

/S/ Charltonw 2428
_____
Walter T. Charlton