IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al** <br> **and all others similarly situated** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **DAVID M. WALKER** <br> **Comptroller General of the** <br> **United States, c/o United States General** <br> **Accountability Office** <br> and <br> **Michael Wolf, Chairman** <br> **United States GAO** <br> **Personnel Appeals Board** <br><br> **DEFENDANTS.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CASE NO: 1:06-cv-01002-JGP** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Consent Motion(s) for Extension of Time to File Oppositions to Pending Motions, To Dismiss**

     Plaintiffs hereby move for an additional three day extension to file a response to the Defendants' reply and supplemental response to Plaintiffs' opposition to the Defendant's Motion to Dismiss. Extensions of time for these three motion requested is to September 30th, 2006. Andrea McBarnette, AUSA, Counsel for the defendants has been contacted, and has consented to the extension requested.

     The multiple motions filed by the Defendants, and recent new events make it necessary to request this additional time as required to fully respond to the Defendants' motions. A draft order accomplishing this objective is attached.

Respectfully submitted,
/s/ charltonw 2428

_____
Walter T. Charlton, Esq.
D.C. Bar No. 186940
230 Kirkley Road
Annapolis, Maryland 21401
410 571 8764
Fax 410 897 0471
Email, chartonwt@aol.com
Counsel for Plaintiffs
and the class they seek to represent

**CERTIFICATE OF SERVICE**

      I, Walter T. Charlton, Esq., hereby certify that, on this 11th day of August, I caused to be mailed, first class, postage prepaid, a copy of the foregoing plaintiffs' Consent Motion for Extension of time to the following:

Andrea McBarnette, AUSA
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20001

Michael Doheny, Chair
United States General Accountability Office
Personnel Appeals Board
820 1st Street, N.W.
Washington, D.C. 2054

/s/ charltonw2428
Walter T. Charlton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al** <br> **and all others similarly situated** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **DAVID M. WALKER** <br> **Comptroller General of the** <br> **United States, c/o United States General** <br> **Accountability Office** <br> and <br> **Michael Wolf, Chairman** <br> **United States GAO** <br> **Personnel Appeals Board** <br><br> **DEFENDANTS.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO: 1:06-cv-01002-JGP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the Plaintiffs' consent Motion for Extension of Time to file opposition to the Defendants' supplement to Defendant's Motion to dismiss, and it hereby appearing that no prejudice shall accrue to any party, now therefore the motion is GRANTED.

Plaintiffs' opposition shall be due on November 30th, 2006 to each of the three pending motions.

_____
Judge, John G. Penn, United States District Court

1