UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No: 06-1002 (JGP) |
| ) | |
| DAVID M. WALKER, et al. ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office ) | |
| ) | |
| Defendants. ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND

The Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., through counsel, request an enlargement of time to oppose Plaintiffs' motion for consolidation and to respond to Plaintiff's surreply in opposition to Defendant's dispositive motion. The responses to both filings are presently due on the same date, December 11, 2006. Defendants seek additional time to prepare their responses. Specifically, Defendants request that they be allowed to file their responses up to and including December 29, 2006. This extension is sought in good faith and will not unfairly prejudice any party. Plaintiff's counsel has graciously consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their responses up to and including December 29, 2006.

December 5, 2006                              Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Enlargement was filed via the Court's electronic filing system on this December 5, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Walter T. Carlton
Walter T. Charlton & Assoc.
1156 15th Street, N.W.
LL 10
Washington, D.C. 20005
(410) 571-8764 (phone)
(410) 897-0471 (Fax)

/S/
ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153