UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARTHUR L. DAVIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 06-1002 (JGP) |
| | ) | |
| DAVID M. WALKER, et al. | ) | |
| Comptroller General of the | ) | |
| U.S. Government Accountability Office | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to oppose Plaintiffs' motion for consolidation and to respond to Plaintiffs' surreply in opposition to Defendants' dispositive motion is extended to and including January 29, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 200__