UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ARTHUR L. DAVIS, et al.           )
                                  )
        Plaintiffs,               )
    v.                            )   Case No: 06-1002 (JGP)
                                  )
DAVID M. WALKER, et al.           )
Comptroller General of the        )
U.S. Government Accountability Office )
                                  )
        Defendants.               )
_____)

**JOINT STATUS REPORT**

Pursuant to the Minute Order filed on August 13, 2007, the parties, through their respective counsels, submit this status report on the above captioned case. This case has neither been resolved nor has become moot. The three Plaintiffs, Davis, Gilbert and Moses, and the Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., believe that the case should remain in active status. The Plaintiffs commenced this action under the Age Discrimination in Employment Act of 1964 ("ADEA"), 29 U.S.C. § 633a (2006), the Constitution, and other federal laws and regulations, alleging age discrimination in performance appraisals, advancements, pay and terminations.

There are 14 motions that have not been resolved and are not moot:

DOCKET # 1          Motion for Preliminary Injunction and Motion for Certification of Class
5/31/06             by Plaintiffs

DOCKET # 5          Motion to Substitute Party New Chair Michael Doheny for Previous
7/4/06               Chair Michael Wolf of the Personnel Appeals Board and for Substitution
                    of Service Thereon by Plaintiffs

DOCKET # 6          Motion to Stay Class Certification by Defendants
8/2/06

| | |
|---|---|
| DOCKET # 7<br>8/2/06 | Motion to Dismiss by Defendants |
| DOCKET # 8<br>8/8/06 | Motion to Stay all Discovery by Defendants |
| DOCKET # 15<br>9/11/06 | Motion to Strike Appearance of the U.S. Department of Justice's Dual Representation of Justice's Dual Representation of Two Government Agencies Where Inherent Conflict of Interest Exist by Plaintiffs |
| DOCKET # 16<br>9/12/06 | Cross Motion for Order to Show Cause by Plaintiffs |
| DOCKET # 17<br>9/12/06 | Cross Motion to Certify Class or Classes by Plaintiffs |
| DOCKET # 22<br>10/18/06 | Consent Motion for Extension of Time to File Response/Reply To GAO's Reply and Supplement to it's Motion to Dismiss filed October 10th, 2006 by Plaintiff |
| DOCKET # 23<br>11/8/06 | Consent Motion for Extension of Time to File Objection, Opposition and Sur-Reply to Defendant's Supplement to Motion to Dismiss by Plaintiffs |
| DOCKET # 24<br>11/27/06 | Consent Motion for Extension of Time to File a Response to Defendants' Supplement to Motion to Dismiss, to November 30, 2006 by Plaintiffs |
| DOCKET # 25<br>11/27/06 | Motion to Consolidate Cases pursuant to Rule 42(a) F.R.Civ.P. with all of the same issues and the same facts, only different time periods by Plaintiffs |
| DOCKET # 27<br>12/5/06 | Consent Motion for Extension of Time to Respond by Defendants |
| DOCKET # 28<br>12/22/06 | Consent Motion for Extension to Respond to Motion to Consolidate Cases by Defendants |

September 5, 2007                           Respectfully submitted,

 /s/ charltonw 2428                          /s/
Walter T. Charlton, D.C. Bar #186940        JEFFREY A. TAYLOR, D.C. BAR  #498610
Walter T. Charlton & Assoc.                 United States Attorney
1156 15th Street, N.W.LL 10
Washington, D.C.  20005                      /s/
(410) 571-8764 (phone)                      RUDOLPH CONTRERAS, D.C. BAR  # 434122
                                            Assistant United States Attorney

                                             /s/
                                            ANDREA McBARNETTE, D.C. BAR  # 483789
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 514-7153  (phone)