CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Case Number 06-1002 (EGS) |
| DAVID WALKER, Comptroller General | ) Category    H |
| Defendant | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Emmet G. Sullivan</u> by direction of the Calendar Committee.

(Related to 87-3538)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Sullivan</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓