UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action Number 06-1002 (EGS) |
| ) | |
| GENE L. DODARO, Acting Comptroller ) | |
| General of the United States Government ) | |
| Accountability Office, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, through counsel, respectfully move this Court to dismiss Plaintiffs' complaint with prejudice for lack of subject matter jurisdiction and failure to state a claim. In support of this motion, Defendants refer the Court to the attached memorandum of points and authorities. A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
April 22, 2008    harry.roback@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENE L. DODARO, Acting Comptroller )<br>General of the United States Government )<br>Accountability Office, et al., )<br>)<br>Defendants. )<br>) | Civil Action Number 06-1002 (EGS) |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Dismiss, it is hereby

ORDERED that the Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that the Complaint is Dismissed with prejudice.

SO ORDERED.

Date: _____

_____
United States District Judge