UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. DAVIS, et al.,  )<br>   )<br>   Plaintiffs,   )<br>   )<br>   v.    )<br>   )<br>GENE L. DODARO, Acting Comptroller )<br>General of the United States Government )<br>Accountability Office, et al.,   )<br>   )<br>   Defendants.  )<br>   ) | Civil Action Number 06-1002 (EGS) |

**DEFENDANT GAO'S RESPONSE TO PLAINTIFFS' RENEWED
MOTION TO INTERVENE AND TO CONSOLIDATE**

Even though plaintiffs Arthur Davis, Jimmie Gilbert, and James Moses have two motions to intervene in and to consolidate this action with the case captioned *Chennareddy et al. v. Walker*, Civ. A. No. 87-3538 (D.D.C.) (Sullivan, J.) currently pending before the Court, they have now filed a "renewed" motion seeking this same relief. (*See Davis* Dkt. 35.) In the renewed motion, the plaintiffs make the identical arguments that they made in their previous two motions. (*See Davis* Dkt. 25; *Chennareddy* Dkt. 364.) As the GAO demonstrated in its oppositions to those motions (*see Davis* Dkt. 29; *Chennareddy* Dkt. 367), which it incorporates by reference here, the Court should not permit the plaintiffs to intervene in or to consolidate this action with the *Chennareddy* case because the plaintiffs have failed to satisfy the requirements of Rules 24 and 42. The Court should deny this renewed motion for the same reasons. (*Davis* Dkt. 29; *Chennareddy* Dkt. 367.)

The Court should also deny this renewed motion because – as the GAO demonstrated in its motion to dismiss (*Davis* Dkt. 34) – all of the plaintiffs' claims should be dismissed pursuant to Rule 12(b)(6). Thus, there is no basis for the plaintiffs to intervene in or to have this action

consolidated with the *Chennareddy* case

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR , D.C. Bar # 498610
                                                United States Attorney

                                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                Assistant United States Attorney

                                                /s/ Harry B. Roback
                                                HARRY B. ROBACK, D.C. Bar # 485145
                                                Assistant United States Attorney
                                                United States Attorneys Office
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                Tel: 202-616-5309
May 5, 2008                                  harry.roback@usdoj.gov