IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur L. Davis, et al<br>    and all others similarly situated<br><br>PLAINTIFFS,<br><br>DAVID M. WALKER<br>Comptroller General of the<br>United States c/o United States Government<br>Accountability Office (GAO)<br>    and<br>Michael Wolf, Chairman<br>United States Government Accountability Office<br>Personnel Appeals Board (PAB)<br>   DEFENDANTS. | CASE NO: 06 1002 (EJS)<br>Maj (DAR) |

### NOTICE TO ALL DEFENDANTS IN RELATED CASES, OF SCHEDULING OF DEPOSITION WILLIAM (BOB) MOWBRAY AT THE DEPARTMENT OF JUSTICE, ON MAY 16TH, 2008

    Plaintiff hereby gives Notice that on May 4th, 2008, a copy of the Subpoena to Appear and bring documents with him, at an agreed deposition of William (Bob) Mowbray) by counsel for the plaintiffs in the above captioned cases and to produce documents as described in that Subpoena was served and accepted by counsel for the defendant, GAO in related case number 87-3538.  The agreed date of the scheduled deposition is May 16th, 2008 at 9:30 AM.

    The scope of the deposition is the duties of Mr. Mowbray, the functioning of the electronic system(es) and data he maintains or supervises, and the documents (including electronic files and records) received by, generated by and related to his duties as person in charge of a statistical system or systems for GAO professional and other personnel from its inception (believed to be about 1986) to date.  Notice is hereby given to other counsel in related cases in order that they may attend the deposition and/or participate in the discovery process with respect to this witness.

    A copy of the subpoena served upon Mr. Mowbray is attached for your information.

        Respectfully submitted,

        *Charlton w 2428*

        Walter T. Charlton,
        D.C. Bar # 186940
        Telephone 410-571 8764
        230 Kirkley Road, Annapolis, Maryland
        21401
        Attorney for Plaintiff and the putative
        class)es in the afore-captions cases

## Certificate of Service

I hereby certify that I filed via the ECF system on May 7, 2008, a copy of this notice of the scheduling of this Deposition, with the expectation that a copy thereof will be automatically electronically delivered to:

Harry B. Roback, harry.roback@usdoj.gov
Heather D. Graham-Oliver, heather .graham-oliver@usdoj.gov
Christopher Blake Harwood, christopher.harwod@usdoj.gov


    *CharltonW 2428*
Walter T. Charlton, D.C. Bar # 186940