# WALTER T. CHARLTON & ASSOCIATES
*Attorneys At Law, Washington, D.C.*

--------

*202 296 2975, 410 571 8764 (Phone)*
*Mailing Address: 410 897 0471 (Fax)*
*230 Kirkley Road*
*Annapolis, Maryland 21401*

August 7th, 2006

United States General Accounting Office (GAO)   **BY CERTIFIED MAIL**
Office of Opportunity and Inclusiveness           **RETURN RECEIPT REQUESTED**
451 G. Street, N.W.
Washington, D.C. 20548

*Re: Class Action(s), Age Discrimination in Employment*
*Notice and Re-Notice of Intent to Sue*
*(Pursuant to GAO Order # 2713.2, December 2, 1997)*

Ladies and Gentlemen:

This Notice is a New Notice of Intent to Sue by James D. Moses, presently a Band II A analyst for GAO for himself and all others similarly situated pursuant to GAO Order number 2713.2, Chapter 3, 9, page 12 (Age Discrimination in Employment Act)(ADEA), and Chapter 4, (Class Complaints).

Mr. Moses notices his intent to sue as a class complaint for himself and all other similarly situated employees affected adversely by the "Band II Split" and denials of Cost of Living Increases (COLAS) which became effective on February 16, 2006. Mr. Moses has previously complained of these actions and received counseling by GAO's Office of Inclusiveness, but no resolution has occurred. Mr. Moses and his counsel understand the effect of GAO Order 2713.2, chapters 3 and 4, if interpreted literally, mean that he must complain within 180 days of the occurrence of the events about which he complains. This letter is that notice.

His understanding is that the first payday that this occurrence became effective was on February 16, 2006, and that the harm is repeated effective on each payday thereafter, each one a

separate violation of law.  He alleges that about 300 persons are similarly situated in that they are over 40 years of age and have been effectively demoted in rank and denied colas while performing satisfactorily in their jobs.

As per this Notice, Mr. Moses intends to file a new class action in the event the Court determines that the "Band II split" and resulting actions by GAO are discrete events and not a part of the on-going overall pattern and practice of illegal age discrimination which he, and others have alleged previously in Cases numbers 87-3538 and 06 1002.  Both of those cases allege essentially the same pattern and practice of across-the-board discrimination.  Those cases are now "live" before the Honorable Judge John G. Penn, Senior Judge of the United States District Court for the District of Columbia.

This Notice also  memorializes Mr. Moses's actions in previously complaining to the Civil Rights Office, or as newly named the Office of Inclusiveness, for himself and all others similarly situated, in complaining about the discriminatory effect of the "Band II Split" events, occurrences and related decision to deny COLAS for himself and all others similarly situated.

In no way is this new notice to be construed as an admission of any failure to previously complain, since in fact Mr. Moses has consistently been timely in accordance with all GAO regulations of which he is and had been made aware.  You will please note that Mr. Moses served as a counselor, and therefore purportedly at least, received all instructions appropriate from GAO to perform in that capacity including regulations and GAO Orders which have been brought to his attention by the Office of Inclusiveness or in conversations with the Officials of the GAO with whom he has spoken and been counseled.

This Notice also incorporates by this reference his previous notices which Mr. Moses alleges are part of the on-going pattern and practices of discrimination about which he complains.

Those are:

By letter of June 10th, 1999 a Notice of Intent to Sue was given by letter, a copy of which was directed to the Comptroller General, Mr. David M. Walker. A copy of that letter is incorporated by this reference. That letter noticed and re-noticed intent to sue for a class action for age discrimination for 15 employees specifically named persons and 151 unnamed persons all of whom were then employees or former employees of the GAO. All of the specifically named persons had previously given the required notice of intent to sue as a part of the on-going case of V. Chennareddy et al v. David Walker, Case No. 87-3538 JGP.

By letter of April 56th, 2005 Mr. Moses again gave notice of intent to sue alleging continuing violations of (ADEA) alleging the same pattern and practice. When the intervention by Messrs. Moses, Davis and Gilbert was denied by the United States District Court, they filed a lawsuit to preserve their remedies. That lawsuit, Case No 06 1002 (JGP) resulted.

Both of the foregoing cases, and the claims of all of the present persons who seek to become class representatives in this case are presently pending before the Honorable Senior United States District Judge, John G. Penn of the United States District Court for the District of Columbia.

No part of this new Notice of Intent to Sue is to be considered an admission that any previous notice of continuing violations is either abandoned or ineffective as to the new violations herein alleged, nor does this new notice constitute any waiver of or admission to any rights contained in the previous notices of intent to sue by Mr. Moses or any other party now before the United States District Court.

The undersigned firm represents all of those individuals named in the previous lawsuits as well as Mr. Moses for purposes of the contemplated lawsuit(s) and/or in any of the on-going

cases as prospective intervenors.

Counsel for Mr. Moses hereby requests that any notification of actions required by Mr. Moses pursuant to GAO regulations or orders, including any counseling required for individual or class complaints, interviews or investigations be Notices to this office, and in addition to Mr. Moses.

All correspondence should be directed to this office at:

Walter T. Charlton, D.C. Bar # 186940          APPROVED:
230 Kirkley Road,
Annapolis, Maryland 21401                      _____
Phone 410 571 8764                             JAMES D. MOSES
email, charltonwt@comcast.net


Sincerely,


Walter T. Charlton
Counsel for Mr. Moses and
the class or classes he seeks to represent

CC:
Jimmie Gilbert
7251 S. Vernon Ave.
Chicago,
ILL. 60619

James David Moses
1662 Cyrene Drive
Carson, CA 90746

Arthur Davis
194 Carnival Court
Vallejo, CA 94589

The Honorable David M. Walker
Comptroller General of the United States
of America
451 G. Street, N.W.
Washington, DC 20548