IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur L. Davis, et al<br>    and all others similarly situated<br><br>PLAINTIFFS,<br><br>DAVID M. WALKER<br>Comptroller General of the<br>United States c/o United States Government<br>Accountability Office (GAO)<br>    and<br>Michael Wolf, Chairman<br>United States Government Accountability Office<br>Personnel Appeals Board (PAB)<br>   DEFENDANTS. | CASE NO: 06 1002 (EJS)<br>Maj (DAR) |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME
OF 4 CALENDAR DAYS
(To File a Reply to Defendants' Memorandum in Opposition
to Plaintiffs Motion to Intervene, etc)**

Plaintiffs' Reply as captioned above is due today, May 30th, 2008. Harry B. Roback, AUSA has been contacted and consents to this Motion for an extension of four calendar days or until June 3rd, 2008. This requires an extension of 4 days.

There shall be no prejudice to any party, and the existing court schedules will not be affected by the granting of this request.

Wherefore, premises considered, plaintiffs request that the Reply to the plaintiffs motion for intervention and/or consolidation be granted until June 3rd, 2008.

Plaintiff's points and authorities in support of this Motion, and draft order, follow.

                                  Respectfully submitted,

                                  Signed, *charltonw2428*

                                  Walter T. Charlton, Attorney for Plaintiffs
                                  D.C. Bar # 186940
                                  Walter T. Charlton & Associates
                                  213 Morgan Street, N.W.
                                  Washington D.C., 20001
                                  Phone 410 571 8764, Fax 410 897 0471
                                  charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Arthur L. Davis, et al**<br>    **and all others similarly situated**<br><br>**PLAINTIFFS,**<br><br>**DAVID M. WALKER**<br>**Comptroller General of the**<br>**United States c/o United States Government**<br>**Accountability Office (GAO)**<br>    **and**<br>**Michael Wolf, Chairman**<br>**United States Government Accountability Office**<br>**Personnel Appeals Board (PAB)**<br>    **DEFENDANTS.** | CASE NO: 06 1002 (EJS)<br>Maj (DAR) |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME
OF 4 CALENDAR DAYS
(To File a Reply to Defendants' Memorandum in Opposition
to Plaintiffs Motion to Intervene, etc)**

1. Undersigned counsel is counsel of record in four related cases now before this Court. Scheduling of events has been heavy for the past several days. This schedule has impacted counsel's time for preparation of this reply, including interviews of additional witnesses and experts with respect to matters required to be addressed in the Reply.

2. The several Counsel for the defendant in related cases are also apparently experiencing scheduling overload, which requires a short additional time to address facts and issues relevant to the reply to be filed.

3. Opposing counsel has requested a like expansion of time, and consents to this Motion.

4. The four calendar day expansion will not have any impact upon Court scheduling, and will not prejudice any party.

Wherefore, premises considered, the time to file the instant motion should be extended to June 3, 2008. An order accomplishing that objective is attached hereto.

Respectfully submitted,

Signed, *charltonw2428*

Walter T. Charlton, Attorney for Plaintiffs
D.C. Bar # 186940
Walter T. Charlton & Associates
213 Morgan Street, N.W.
Washington D.C., 20001
Phone 410 571 8764, Fax 410 897 0471
charltonwt@comcast.net
Counsel for Plaintiffs and the Putative Class

**CERTIFICATE OF SERVICE**

    I hereby certify that I filed, with the expectation of electronic delivery, a copy of the accompanying Renewal of the Motion to Intervene and Consolidate to:

Harry B. Roback AUSA
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530

on this 30th day of May, 2008

<u>Charltonw 2428</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**     )<br>     For himself and     )<br>     All others similarly situated     )<br>                                                            )<br>     **Plaintiffs**     )<br>                                                            )<br>               v.     )<br>                                                            )<br>**DAVID M. WALKER,**     )<br>     Comptroller General (GAO)     )<br>                                                            )<br>     and     )<br>                                                            )<br>**Michael Doheny, Chair**     )<br>**The Personnel Appeals Board of the GAO,**     )<br>     **(PAB)**     )<br>                                                            )<br>**Defendants.**     )<br>                                                            ) | Case No.  1:06 CV 01712  (EJS)<br>                    Maj. (DAR) |

**ORDER**

Upon consideration of plaintiffs Arthur L. Davis, Jimmie Gilbert, and James D. Moses's Motion to extend the time for Reply to the Opposition to the Motion to Intervene this Case into the relaed case number 87-3538, and/or consolidation thereof of the two cases, and it appearing that there will be no prejudice to any party, now therefore, the Motion is Granted.  Plaintiffs Reply Memorandum will be due on or before June 3, 2008.

**SO ORDERED**

_____
United States District Court
Deborah A. Robinson, Magistrate Judge

1