Exhibit 1

(Declaration of Anonymous GAO Evaluator, Regarding Failure of Notice of Civil Rights and Options)

---------------------

DECLARATION                                                                 Date:  June 3, 2008

I do hereby declare and attest that I am a current employee of the U.S. Government Accountability Office (GAO), and that I have worked at GAO for 21 years.

In 2007, I contacted GAO's Personnel Appeals Board (PAB) and spoke with Anne Wagner on the telephone.  In that conversation, I asked whether any avenues of recourse remained open to staff that had not filed lawsuits or grievance over the Band II split decision.  I told Ms. Wagner that I had been given sharply lower ratings just in advance of the split and that my applications for promotion for Band II B had been denied.  The ratings I received were clearly and demonstrably inappropriate in light of the contributions I made at that time, including receiving awards in performance categories for which I received a "meets expectations".  Ms. Wagner indicated I had missed this opportunity because the deadlines had passed.  I was not advised of my federal civil rights or provided any other information on alternatives that I might pursue.  I did not attempt to file any documents with the PAB, as a result, or take any other actions.

I recently heard through informal discussions with friends and colleagues that GAO promoted the individuals that sued the organization over the band II split decisions and that, very recently, GAO is negotiating with union counsel and making offers to settle with members of another group of people who filed claims against GAO internally in the Office of Opportunity and Inclusive (OOI).  I have never been approached by anyone in this regard or received any correspondence or other notification of these matters by the PAB or the OOI.  Several weeks ago, a friend who is not a union representative provide me the name of and contact information for the attorney for the plaintiffs in regards to the age discrimination class action suit filed in the past against GAO.  I explained to him that I believe I have been systematically discriminated against for over 15 years beginning in my early forties and that I was also adversely affected by the band II split process. He informed me that I am, by definition, a member of several putative class actions that have been in-process before the courts.

It is my understanding, from discussions with this attorney, that my agency has a duty to keep a discrimination free workplace, and that the PAB should have informed me of my rights, duties and options last year when a violation of the anti-discrimination laws was alleged to have occurred by me.  GAO did not do this.  Moreover, it appears to me that the PAB and OOI have deliberately avoided contacting the 300 plus individuals who are still working at GAO that were placed in the band IIa category about these matters.  I think that a notice to all GAO employees that enumerates the rights and currently available options would be a fair and appropriate corrective action under these circumstances.  This is the only remaining option for me and this must also be true of some undetermined portion of the other members of band II A.


I declare that these statements are true and correct under the penalty of perjury.  I am asking that my attorney withhold my name because I am not yet eligible for retirement, and I fear that reprisals may occur if my name is made publically known.

                /s/                June 3, 2008

(Name withheld upon request.  Name and details available for "in camera" review by the Court upon request).