UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————

)
VENKAREDDY CHENNAREDDY, et al.,     )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )     Civil Action 87-3538 (EGS) (DAR)
                                    )
DAVID M. WALKER,                    )
                                    )
        Defendant.                  )
———————————————————————)


———————————————————————

)
ARTHUR L. DAVIS, et al.,            )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )     Civil Action 06-1002 (EGS) (DAR)
                                    )
DAVID M. WALKER, et al.,            )
                                    )
        Defendants.                 )
———————————————————————)


———————————————————————

)
JAMES D. MOSES,                     )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )     Civil Action 06-1712 (EGS) (DAR)
                                    )
DAVID M. WALKER, et al.,            )
                                    )
        Defendants.                 )
———————————————————————)

## **JOINT STATUS REPORT**

On May 20, 2008, this Court entered Minute Orders in each of the above-captioned

actions requiring counsel to file a joint status report that:  (1) addresses whether Arthur L. Davis,

Jimmie Gilbert and James D. Moses (the "applicant intervenors") should be permitted to take discovery prior to a hearing on their presently-pending motions to intervene; and (2) proposes dates for a hearing on the motions to intervene. The applicant intervenors believe that they should be permitted to take discovery prior to a hearing on their motions to intervene, and explain why in Exhibit A attached hereto. Defendants disagree, and explain why in Exhibit B attached hereto.

The parties are available for a hearing on the motions to intervene on any of the following dates: June 25, June 26, June 30, July 1, July 2 or July 3. If none of those dates is convenient for the Court, the parties will confer and propose additional dates.

Respectfully submitted,

| /s/ | /s/ |
|-----|-----|
| WALTER T. CHARLTON | JEFFREY A. TAYLOR |
| D.C. Bar #186940 | D.C. Bar #498610 |
| 230 Kirkley Road | United States Attorney |
| Annapolis, Maryland 21401 | |
| (410) 571-8764 | |

/s/
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 305-1334
Fax: (202) 514-8780

_____/s/_____

CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780

_____/s/_____

HARRY B. ROBACK
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 616-5309
Fax: (202) 514-8780