UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR DAVIS, ET. AL., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No: 06-1002 (JGP) |
| ) | |
| GENE L. DODARO ) | |
| Acting Comptroller General of the ) | |
| U.S. Government Accountability Office, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF RONALD A. STROMAN**

I, Ronald Stroman, depose and state as follows:

1. I am presently employed as the Managing Director of the Office of Opportunity and Inclusiveness (O&I), formerly known as the Civil Rights Office, at the Government Accountability Office (GAO). In that capacity, I have the responsibility for the receipt and processing of individual and class complaints of discrimination, as well as Notices of Intent to Sue under the Age Discrimination in Employment Act (ADEA). I have served in that capacity since approximately 1991.

2. When O&I receives a formal Complaint of Discrimination, the office creates a file and places it in a filing cabinet located in our office area, then begins processing the complaint.

3. When O&I receives a Notice of Intent to Sue under the ADEA, the office either places the Notice in an existing O&I file, or creates a new file and places it in the O&I file cabinet.

4. O&I has two filing cabinets: one containing active complaints, and one containing old complaints. O&I's files date back to approximately 1990. The O&I filing system is organized alphabetically by the complainant's name.

5. On or about June 6, 2008, a member of my staff performed a search of the O&I files to ascertain whether O&I had received Notices of Intent to Sue from Arthur Davis, James Gilbert, or James Moses on or about June 10, 1999, and on or about April 6, 2005.

6. The search found no Notices of Intent to Sue filed by Arthur Davis, James Gilbert, or James Moses on or about June 10, 1999. The search found a Notice of Intent to Sue filed by Arthur Davis, James Gilbert, and James Moses on April 6, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

_Ronald A. Stroman_   6/6/08
Ronald A. Stroman         Date