UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKAREDDY CHENNAREDDY, et al.,<br><br>    Plaintiffs,<br><br>            v.<br><br>GENE L. DODARO,<br><br>    Defendant. | Civil Action 87-3538 (EGS) (DAR) |

| | |
|---|---|
| ARTHUR L. DAVIS, et al.,<br><br>    Plaintiffs,<br><br>            v.<br><br>GENE L. DODARO, et al.,<br><br>    Defendants. | Civil Action 06-1002 (EGS) (DAR) |

| | |
|---|---|
| JAMES D. MOSES,<br><br>    Plaintiff,<br><br>            v.<br><br>GENE L. DODARO, et al.,<br><br>    Defendants. | Civil Action 06-1712 (EGS) (DAR) |

## **ORDER**

Having considered Defendants' Opposition to the Applicant Intervenors' Appeal of

Magistrate Judge Robinson's June 24, 2008 Decision Denying Them Leave to Conduct

2

Discovery in Connection with Their Motions to Intervene, and the entire record herein, it is this

_____ day of _____, 2008, hereby:

ORDERED that Magistrate Judge Robinson's June 24, 2008 decision denying the Applicant Intervenors leave to conduct discovery is AFFIRMED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel