```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
BENKAREDDY CHENAREDDY, et al.,  :
                                :
       Plaintiffs,              :
                                :
       vs.                      : Civil Action No. 87-3538
                                :
DAVID M. WALKER,                :
                                :
       Defendant.               :
- - - - - - - - - - - - - - - - x
ARTHUR L. DAVIS, et al.,        :
                                :
       Plaintiffs,              :
                                :
       vs.                      : Civil Action No. 06-1002
                                :
DAVID M. WALKER,                :
                                :
       Defendant.               :
- - - - - - - - - - - - - - - - x
JAMES D. MOSS, et al.,          :
                                :
       Plaintiffs,              :
                                :
       vs.                      : Civil Action No. 06-1712
                                :
DAVID M. WALKER,                :
                                : Washington, D.C.
       Defendant.               : July 22, 2008
- - - - - - - - - - - - - - - - x
```

TRANSCRIPT OF RULING IN HEARING ON MOTION
BEFORE THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE


Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C. 20005, 202-347-5395, www.pro-typists.com

M2557V/dac

```
APPEARANCES:

     On Behalf of the Plaintiffs:

          WALTER T. CHARLTON, Esq.

     On Behalf of the Defendants:

          WALTER BLAKE HARWOOD, Esq.
          HEATHER D. GRAHAM-OLIVER, Esq.
```

```
 1                    P R O C E E D I N G S
 2           THE MAGISTRATE JUDGE:  Now as the Court indicated
 3      at the outset, the Court has determined that the three
 4      motions as to which we have heard argument are motions
 5      that this Court can determine in accordance with local
 6      Civil Rule 72.2(a).
 7           The Court, before the hearing commenced, reviewed
 8      the three motions, the three oppositions, and the two
 9      replies.  The Court has considered very carefully the
10      arguments made on the record throughout the morning and
11      having done so, the Court is at this time prepared to
12      rule.
13           The Court will articulate its ruling, although
14      the Court has heard oral argument with respect to each
15      motion, one motion at a time.  The Court's ruling is with
16      respect to all three motions.
17           For the reasons articulated by the Defendants,
18      both orally this morning and in writing -- and by "in
19      writing," I mean the three written oppositions to the
20      three pending motions -- the Court will deny each of the
21      three pending motions.
```

1          More specifically, the Court finds as follows.
2     The motions as to which the Court has heard argument are
3     governed, as we know, by Rule 24 of the Federal Rules of
4     Civil Procedure.  The Court finds that the proposed
5     intervenors have failed to make the showing required by
6     the rule.
7          The Court cannot doubt the passion with which
8     counsel for the proposed intervenors has argued here this
9     morning.  The Court finds, however, that the argument is
10    largely with respect to the merits of the proposed
11    intervenors' claims or is with respect to an effort to
12    obtain reconsideration of various rulings having to do
13    with class certification, some of which are ten years or
14    more removed from today's proceedings.
15         The arguments with respect to the merits or with
16    respect to reconsideration of rulings on issues having to
17    do with class certification, however, do not provide a
18    means to satisfy the rigorous requirements of Rule 24(a),
19    Intervention of Right, or Subsection (b), Permissive
20    Intervention.
21         Put another way, the Court simply cannot, under
22    the rubric of Rule 24, address the merits of the proposed

1   intervenors' claims or issues having to do with class
2   certification or take those issues into account in
3   deciding whether or not the proposed intervenors have made
4   the requisite showing.  For these reasons, each of the
5   three pending motions will be denied.
6           The clerk will include in the ECF record of each
7   of the three cases that the motion to intervene is denied
8   for the reasons set forth by the Court on the record.  And
9   coupled with the findings the Court has articulated on the
10  record, that will constitute the extent of the ruling with
11  respect to the three motions.
12          Now thank you very much, Counsel, you may all be
13  excused at this time.
14          MR. HARWOOD:  Your Honor, could I address one
15  procedural matter?
16          THE MAGISTRATE JUDGE:  Well, Mr. Charlton, I see
17  you coming.  I will hear from you first.
18          MR. CHARLTON:  Your Honor, I would request -- do
19  you intend to have what you just said filed in the ECF
20  record?
21          THE MAGISTRATE JUDGE:  The ECF record will note

1    -- and when I say the "motion," there will be a notation

2    in each of the three case numbers, indicating that the

3    motion -- well, first, it will indicate that oral argument

4    was conducted this morning and that the motion was denied

5    for the reasons set forth by the Court on the record.

6              MR. CHARLTON:  All right, thank you, Your Honor.

7              THE MAGISTRATE JUDGE:  The Court is confident

8    that such procedure is consistent with both the local rule

9    and the federal rule.  By the local rule, I mean, of

10   course, 72.2.  This is a motion -- 72.2(a) -- in that this

11   is a motion, each of the motions is a motion which can be

12   determined by a magistrate judge.  In other words, it is

13   not a dispositive motion.

14             The Court has articulated its findings on the

15   record and there is no authority which suggests that any

16   further findings are required by either the local rule or

17   the federal rule.  So that will be the extent of the

18   findings that the Court makes.

19             You are, of course, free to order a transcript of

20   the entire proceeding.  The deputy clerk will confer with

21   you after we recess and she will tell you who it is that

1   you should contact regarding a transcript of today's
2   proceeding if it is your desire to obtain a transcript.
3           MR. CHARLTON:  Yes, Your Honor.  I would just
4   like to note that we would respectfully disagree with your
5   conclusion that this not a dispositive motion.  It
6   certainly is or potentially is in terms of at least Mr.
7   Wagner.
8           THE MAGISTRATE JUDGE:  Well, the Court has, as I
9   indicated, the Court consulted 72.2(a) of the local rule
10  and with respect to the statute which provides authority
11  for the promulgation of the local rules governing duties
12  of magistrate judges.  The Court consulted 28 U.S. Code,
13  Section 636, and is satisfied and, indeed, finds that a
14  motion to intervene, a Rule 24 motion, is not a
15  dispositive motion for which a magistrate judge or as to
16  which a magistrate judge must proceed by report and
17  recommendation.
18          I do not suggest that the Court's ruling does not
19  have implications for both sides of a civil action.  But
20  as defined by 28 U.S. Code, Section 636, and local Rule
21  72.2(a), it is not a dispositive motion, and therefore,

```
 1    the Court is not required to proceed by report and
 2    recommendation.
 3            MR. CHARLTON:  Thank you, Your Honor.
 4            THE MAGISTRATE JUDGE:  Very well, thank you.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
```

```
UNITED STATES OF AMERICA    )
                            )
DISTRICT OF COLUMBIA        )
```

      I, PAUL R. CUTLER, do hereby certify that a recording of the foregoing proceedings in the above matters was duplicated from an original recording by the Office of the Clerk, United States District Court for the District of Columbia, and that said duplicate recording of the proceedings was transcribed under my direction to typewritten form.

                                                  PAUL R. CUTLER

- - -

      I, DORIS A. CUTLER, do hereby certify that the foregoing transcript was typed by me and that said transcript is a true record of the recorded proceedings to the best of my ability.

                                                  DORIS A. CUTLER