IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>  For himself and<br>  All others similarly situated<br><br>  Plaintiffs<br>   V.<br><br>**Gene Dodaro, Acting**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>  and<br>**Paul M. Coran, Chair**<br>**The Personnel Appeals Board**<br>  of the GAO, (PAB)<br>  Defendants. | Case No.   1:06 CV 01712 (EJS, DAR) |
| **Arthur L. Davis, et al**<br>  For himself and<br>  All others similarly situated<br><br>  Plaintiffs<br>   V.<br><br>**Gene Dodaro, Acting**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>  and<br>**Paul M. Coran, Chair**<br>**The Personnel Appeals Board**<br>  of the GAO, (PAB)<br>  Defendants. | Case No.   1:06 CV 01002 (EJS, DAR) |
| **Venkareddy Chennareddy, et al**<br>  For himself and<br>  All others similarly situated<br><br>  Plaintiffs<br>   V.<br><br>**Gene Dodaro, Acting**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br><br>  Defendant. | Case No.   1:87 CV 03538 (EJS, DAR) |

**ERRATA TO FILING OF AUGUST 5, 2008 BY PLAINTIFFS**

The following typographical and syntax errors of plaintiffs and intervenor's filing occurred in the filing of August 5, 2008 in this case. Undersigned counsel respectfully requests that the following errata be corrected by substitution of the attachment hereto containing the corrected text. The corrected copy, for the amendment and correction of each filing is attached as Attachment "A".

Counsel regrets the errors and apologizes to the Court for this inconvenience..

| Page | ¶ | Line | Material to be Stricken | Replace With |
| --- | --- | --- | --- | --- |
| 2 | 1 | 7, 8 | who will likewise be | who have been |
| 2 | # 1 | 4 | of all rights | of valuable claims |
| 2 | # 1 | 4 | result | loss |
| 2 | # 1 | 5 | operative fact | a *de facto* summary judgment |
| 4 | # 8 | 2 | re | are |
| 5 | # 8 | 3 | otherwise applicable timeliness | even arguably untimeliness |
| 5 | 3 | 1 | LcvR | LCvR |
| 5 | 3 | 4 | divests | divests each of them |
| 5 | 3 | 5 | intervene | intervene, |
| 5 | 3 | 7 | LcvR | LCvR |
| 7 | 3 | 4 | 24(a) | 24(a)(2) |
| 7 | 4 | 4 | members was | members, |
| 8. | 1 | 1 | Since certification | Since class certification |
| 8. | 3 | 2 | for | -- |
| Order | | | | |
| 2 | 1 | 4 | (Rule 24 (a) | (Rule 24(a)) |
| 2 | 1 | 4 | impediment | impediments |
| signature | | | G. | J. |

Respectfully submitted,

Signed, *charltonw2428*

Walter T. Charlton, Attorney for Plaintiffs
D.C. Bar # 186940
Walter T. Charlton & Associates
230 Kirkley Road, Annapolis, Md 21401
Phone 410 571 8764, Fax 410 897 0471
charltonwt@comcast.net

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that he filed the above Errata to the filing of August 5th, 2008 in each of the captioned cases on the 9th, day of August, 2008, with the expectation that copies would be served upon the following counsel of record:

Christopher B. Harwood,
AUSA 555 Fourth St., N.W.
Washington, D.C. 20530

Heather Graham-Oliver, AUSA
555 4th, Street, N.W. , Room 4808
Washington, D.C. 20530

Harry B. Roback, AUSA
501 Third Street, N.W.
Washington, D.C. 20530

/s/ charltonw 2428