UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKAREDDY CHENNAREDDY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENE L. DODARO, )<br>)<br>Defendant. )  | Civil Action 87-3538 (EGS) (DAR) |
| ARTHUR L. DAVIS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENE L. DODARO, et al., )<br>)<br>Defendants. ) | Civil Action 06-1002 (EGS) (DAR) |
| JAMES D. MOSES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENE L. DODARO, et al., )<br>)<br>Defendants. ) | Civil Action 06-1712 (EGS) (DAR) |

**ORDER**

Having considered Defendants' Opposition to the Applicant Intervenors' Appeal of

Magistrate Judge Robinson's July 22, 2008 Decision Denying Their Motions to Intervene into

2

the 1987 <u>Chennareddy</u> Action, and the entire record herein, it is this _____ day of

_____, 2008, hereby:

ORDERED that Magistrate Judge Robinson's July 22, 2008 decision denying the applicant intervenors' motions to intervene into the 1987 <u>Chennareddy</u> action is AFFIRMED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel