UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKAREDDY CHENNAREDDY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENE L. DODARO, )<br>)<br>Defendant. )<br> ) | Civil Action 87-3538 (EGS) (DAR) |
| ARTHUR L. DAVIS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENE L. DODARO, et al., )<br>)<br>Defendants. )<br> ) | Civil Action 06-1002 (EGS) (DAR) |
| JAMES D. MOSES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENE L. DODARO, et al., )<br>)<br>Defendants. )<br> ) | Civil Action 06-1712 (EGS) (DAR) |

**NOTICE OF FILING**

On August 19, 2008 Defendants in the above-captioned cases filed their Opposition to the

Applicant Intervenors' Appeal of Magistrate Judge Robinson's July 22, 2008 Decision Denying

Their Motions to Intervene into the 1987 Chennareddy Action (Defendants' "Opposition Brief"). In their Opposition Brief, Defendants cited to the transcript of the July 22, 2008 hearing on the above-mentioned motions to intervene (the "Hearing Transcript"). Attached hereto is a full copy of the Hearing Transcript.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR #434122
                Assistant United States Attorney

                /s/
                HEATHER GRAHAM-OLIVER
                Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, D.C. 20530
                Phone: (202) 305-1334
                Fax: (202) 514-8780

                /s/
                CHRISTOPHER B. HARWOOD
                Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, D.C. 20530
                Phone: (202) 307-0372
                Fax: (202) 514-8780

                /s/
                HARRY B. ROBACK
                Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, D.C. 20530
                Phone: (202) 616-5309
                Fax: (202) 514-8780