IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>    For himself and<br>    All others similarly situated<br><br>        Plaintiffs<br>            V.<br><br>**Gene Dodaro, Acting**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>    and<br>**Paul M. Coran, Chair**<br>**The Personnel Appeals Board**<br>    of the GAO, (PAB)<br>        Defendants. | Case No.   1:06 CV 01712 (EJS, DAR) |
| **Arthur L. Davis, et al**<br>    For himself and<br>    All others similarly situated<br><br>        Plaintiffs<br>            V.<br><br>**Gene Dodaro, Acting**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>    and<br>**Paul M. Coran, Chair**<br>**The Personnel Appeals Board**<br>    of the GAO, (PAB)<br>        Defendants. | Case No.   1:06 CV 01002 (EJS, DAR) |
| **Venkareddy Chennareddy, et al**<br>    For himself and<br>    All others similarly situated<br><br>        Plaintiffs<br>            V.<br><br>**Gene Dodaro, Acting**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br><br>        Defendant. | Case No.   1:87 CV 03538 (EJS, DAR) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO DEF'S OPPOSITION TO APPEAL
OF INTERVENTION DENIAL BY MAGISTRATE JUDGE**

1

Plaintiffs and applicant intervenors in each of the above captioned cases hereby request an extension of 5 business days (until September 3, 2008) to file plaintiffs reply memorandum to the defendant's opposition to plaintiffs' appeal of the magistrates order denying intervention in each of the above-captioned cases.

Counsel in cases numbered 87-3538 and 06-1002 have been contacted and they consent to this motion. Counsel in case number 06- 01712 has been called and emailed without successful contact, but plaintiff feels assured, because of recent reciprocal agreements by undersigned counsel that no objection to this requests will be filed.

**POINTS AND AUTHORITIES IN SUPPORT OF THIS MOTION**
**FOR AN EXTENSION OF TIME**

The extension is necessary because all three responses require slightly different responses by plaintiff. This effort comes at a time when undersigned counsel is also involved in preparation for a hearing in the United States District Court for the Eastern District of New York, which also requires immediate action in that case (Case No Civil Action 08-cv-0130). In order to give the proper amount of attention to each of the above cases, an extension is necessary.

Respectfully submitted

/s/ charltonw2428

Walter T. Charlton, Counsel for all Plaintiffs
D.C. Bar # 186940
Walter T. Charlton & Associates
230 Kirkley Road, Annapolis, Md 21401
Phone 410 571 8764, Fax 410 897 0471
charltonwt@comcast.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed in the ECF system of the Court, the above Consent Motion for Extension of Time, with the expectation that copies would be served upon the following counsel of record:

Christopher B. Harwood,
AUSA 555 Fourth St., N.W.
Washington, D.C. 20530

Heather Graham-Oliver, AUSA
555 4th, Street, N.W. , Room 4808
Washington, D.C. 20530

Harry B. Roback, AUSA
501 Third Street, N.W.
Washington, D.C. 20530


/s/ charltonw 2428

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**        For himself and        All others similarly situated        Plaintiffs              V.    **Gene Dodaro, Acting Comptroller General of the United States, Government Accountability Office (GAO)**        and    **Paul M. Coran, Chair The Personnel Appeals Board**        of the GAO, (PAB)        Defendants. | Case No.   1:06 CV 01712 (EJS, DAR) |
| **Arthur L. Davis, et al**        For himself and        All others similarly situated        Plaintiffs              V.    **Gene Dodaro, Acting Comptroller General of the United States, Government Accountability Office (GAO)**        and    **Paul M. Coran, Chair The Personnel Appeals Board**        of the GAO, (PAB)        Defendants. | Case No.   1:06 CV 01002 (EJS, DAR) |
| **Venkareddy Chennareddy, et al**        For himself and        All others similarly situated        Plaintiffs              V.    **Gene Dodaro, Acting Comptroller General of the United States, Government Accountability Office (GAO)**        Defendant. | Case No.   1:87 CV 03538 (EJS, DAR) |

**ORDER**

1

Upon consideration of the Plaintiffs Motion for Extension of Time, consented to by two of the three opposing counsel, and no opposition having been filed thereto, the Motion for and extension of time to file plaintiffs reply in each of the above-captioned cases is GRANTED. Plaintiff's reply shall be filed in each case no later than September 3, 2008.

_____
Emmet J. Sullivan, Judge
United States District Court