Is your **RETURN ADDRESS** completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:

UNITED STATES OF AMERICA
ACCOUNTABILITY OFFICE
OFFICE OF INFORMATION &
INCLUSIVENESS
441 G. STREET, N.W.
WASHINGTON DC. 20548

4a. Article Number

7005 3110 0001 4015 5920

4b. Service Type
- ☐ Registered          ☒ Certified
- ☐ Express Mail        ☐ Insured
- ☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

5. Received By: (Print Name)
Elaine B. Wise

6. Signature: (Addressee or Agent)
X Elaine B. Wise

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994          Domestic Return Receipt

**Thank you for using Return Receipt Service.**

EXHIBIT
4