

### Track/Confirm - Intranet Item Inquiry
### Item Number: 7005 3110 0001 4015 5920

The item(s) you queried are summarized below. If you would like to request a delivery record check the box in the "Select" column to the right of the item (if available). Learn more about Restore.

| Detail | Item | Origin | Destination | Firm | Recipient | Event/Image Info | Date | Time | Sel |
|---|---|---|---|---|---|---|---|---|---|
| Archived | 70053110000140155920 | | 20548 | | | DELIVERED | 08/14/2006 | 10:59 | ☐ |

Request Delivery Record for Selected Items

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

EXHIBIT 3

http://pts.usps.gov/pts/labelInquiry.do                                                          2/27/2007