# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

James D. Moses )
    For himself and ) Case No.   1:06 CV 01712 (EJS, DAR)
    All others similarly situated )
     )
    Plaintiffs )
        V. )
     )
Gene Dodaro, Acting )
Comptroller General of the United States, )
Government Accountability Office (GAO) )
    and )
Paul M. Coran, Chair )
The Personnel Appeals Board )
    of the GAO, (PAB) )
    Defendants. )
_____

Arthur L. Davis, et al )
    For himself and ) Case No.   1:06 CV 01002 (EJS, DAR)
    All others similarly situated )
     )
    Plaintiffs )
        V. )
     )
Gene Dodaro, Acting )
Comptroller General of the United States, )
Government Accountability Office (GAO) )
    and )
Paul M. Coran, Chair )
The Personnel Appeals Board )
    of the GAO, (PAB) )
    Defendants. )
_____

Venkareddy Chennareddy, et al )
    For himself and ) Case No.   1:87 CV 03538 (EJS, DAR)
    All others similarly situated )
     )
    Plaintiffs )
        V. )
     )
Gene Dodaro, Acting )
Comptroller General of the United States, )
Government Accountability Office (GAO) )
     )
    Defendant. )
_____

## ERRATA TO FILING OF SEPTEMBER 3, 2008
## PLAINTIFFS' AND APPLICANT INTERVENORS' OBJECTIONS
## AND REPLY TO DEFENDANTS' OPPOSITION TO APPEAL

1

The following typographical, duplications, and syntax errors of plaintiffs and intervenor's filing occurred in the filing of September, 2008 in this case. Undersigned counsel respectfully requests that the following errata be corrected by substitution of the attachment hereto containing the corrected reply. The corrected copy, for the amendment and correction of each filing is attached as Exhibit 1.

Counsel regrets the errors and apologizes to the Court for this inconvenience. Due to the press of time and the lateness of the hour in filing on September 3, 2008, the next to the last rather than the final edited version of the Memorandum was filed with the Court in all three cases. This errata corrects those errors.

| Page | ¶ | Line | Material to be Stricken | Replace With |
|------|---|------|-------------------------|--------------|
| 6 | 2 | 1 | Entry an | Entry of an |
| 6 | 1 | 4 | The Magistrate Judge did not issue a report and recommendation on intervention as was the extent of her authority pursuant to the Order of Referral. (See **Minute Order** of 04/15/08-"referring Moses v. Walker, Civil Action No. 06-1712, to Magistrate Judge Deborah A. Robinson for *a report and recommendation on dispositive motions*". (Emphasis added)(Similar Minute Order entered on 4/15/08 in each of the three cases captioned above). The Federal Rules of Civil Procedure do not allow for a Magistrate Judge to issue the equivalent of a judgment of dismissal, as here. The local rules of this Court provide: | **STRIKE AS DUPL.** |

f/n 1,   See, Rule 72(a)-Non-Dispositive Motions; Rule 72 (B)-Dispositive Motions

**STRIKE AS DUPL.**

| Page | ¶ | Line | Material to be Stricken | Replace With |
|---|---|---|---|---|
| 7 | 4 | 3 | (See, Ex # 1, | (See, Pl's App. Mem, Ex. # 1, |
| 7 | 5 | 5 - 8 | which states: | **STRIKE AS DUPL.** |
| | | | "(3) motions for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or otherwise to dismiss an action involuntarily;" (Exhibit 1, pg. 1 paragraph 1, line 1) | |
| 7 | 7 | 6 | entered that | entered, that |
| 7 | 7 | 2 | not a determinative | not determinative |
| 7 | 7 | 5 | a "disposition of " LCvR 72.3(a) matters | a "disposition pursuant to LCvR 72.3, and thus an excluded matter. |
| 7 | 7 | 5 | As a factual matter | As a well pled factual matter |
| 8 | 3 | 3 | criterial | criteria |
| 8 | 4 | 4 | (or | or |
| 8 | 6 | 2 | (See | See |
| 9 | 4 | 5 | is | are |
| 9 | 5 | 3 | OOI, which have not been acted upon in a timely fashion.  The | OOI.  The |
| 9 | 5 | 4 | which were never acted upon | which were not timely acted upon |
| 10 | 1 | 2 | 1981) has been applied | 1981). applied |
| 10 | 4 | 3 | 1991).  The case was reversed | 1991), reversed |

| Page | ¶ | Line | Material to be Stricken | Replace With |
|---|---|---|---|---|
| 12 | 2 | 2 | on | one |
| 13 | 3 | 2 | suit is | suit is [spacing fixed] |
| 14 | 6 | 1 | above (argument quoted above (item (4) | above (objection, item (7) pg 5) |
| 14 | 6 | 5, 6 | Mr. Harwood, arguing | Defendants' Counsel |
| 14 | F/N 3 - 2 | | criterial | criteria (now f/n 2- 2) |
| 15 | 1 | 4 | element required by | requirement of |
| 15 | 1 | 5 | as such | as such) |
| 15 | 2 | 1 | requests | request |
| 15 | 3 | 4 | tot he | to the |
| 16 | 2 | 3 | 72.3(a)(3) | 72.3(a)(3)<br><br>[Changes now in F/N # 4, pg. 15] |
| 16 | F/N 5 | 3 | and the recent ruling of ***Meacham, et al v. Knows, et al*** decided June 19, No. 06-1505, 2008 | and the recent ruling of ***Meacham, et al  v. Knolls** , et al*, No. 06-1505 ___ U.S. ___, decided June 19, 2008 |

Respectfully submitted,

Signed, ***charltonw2428***

Walter T. Charlton, Attorney for Plaintiffs
D.C. Bar # 186940
Walter T. Charlton & Associates
230 Kirkley Road, Annapolis, Md 21401
Phone 410 571 8764, Fax 410 897 0471
charltonwt@comcast.net

4

# CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he filed the above Errata to the filing of September 3rd , 2008, and a corrected copy of the Memorandum in Reply to the Defendant's Objection to the Magistrate's Order, (As Exhibit 1 hereto) in each of the captioned cases on the 7th , day of September, 2008, with the expectation that copies would be served upon the following counsel of record:

Christopher B. Harwood,
AUSA 555 Fourth St., N.W.
Washington, D.C. 20530


Heather Graham-Oliver, AUSA
555 4th, Street, N.W. , Room 4808
Washington, D.C. 20530


Harry B. Roback, AUSA
501 Third Street, N.W.
Washington, D.C. 20530


/s/ charltonw 2428

5