UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
VENKAREDDY CHENNAREDDY, et al.,     )
                                    )
    Plaintiffs,                     )
                                    )
        v.                          )   Civil Action 87-3538 (EGS) (DAR)
                                    )
GENE L. DODARO,                     )
                                    )
    Defendant.                      )
_____ )


_____
                                    )
ARTHUR L. DAVIS, et al.,            )
                                    )
    Plaintiffs,                     )
                                    )
        v.                          )   Civil Action 06-1002 (EGS) (DAR)
                                    )
GENE L. DODARO, et al.,             )
                                    )
    Defendants.                     )
_____ )


_____
                                    )
JAMES D. MOSES,                     )
                                    )
    Plaintiff,                      )
                                    )
        v.                          )   Civil Action 06-1712 (EGS) (DAR)
                                    )
GENE L. DODARO, et al.,             )
                                    )
    Defendants.                     )
_____ )

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE A SURREPLY TO THE APPLICANT INTERVENORS' REPLY TO DEFENDANTS' OPPOSITION TO THE APPEAL OF THE MAGISTRATE JUDGE'S ORDER DENYING INTERVENTION INTO THE 1987 CHENNAREDDY ACTION**

Defendants respectfully move this Court for leave to file the attached surreply to address the following argument that was raised for the first time by the applicant intervenors in their reply brief in support of their appeal of the denial of their motions to intervene: that Defendants (1) have improperly withheld discovery material that would enable the applicant intervenors to establish their right to intervene into Chennareddy v. Dodaro, No. 87-3538, and yet (2) have relied on that very same material in their arguments opposing intervention. (See Chennareddy Dkt. 393 at 5, 14.) Under these circumstances, the filing of a surreply is appropriate. See Brown v. Samper, 247 F.R.D. 188, 191 n.2 (D.D.C. 2008) ("Because the plaintiff's reply raises new arguments not contained in her original motion, the court grants the defendant's consent motion for leave to file a surreply."); see also Ben-Kotel v. Howard Univ., 319 F.3d 532, 536 (D.C. Cir. 2003) (observing that district courts routinely grant motions for leave to file surreplies "when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading").

Counsel for Defendants contacted counsel for the applicant intervenors by telephone on September 10, 2008 and inquired whether the applicant intervenors would consent to the relief requested in the instant motion. Counsel for the applicant intervenors stated that the applicant intervenors would so consent. Accordingly, for the reasons set forth above, Defendants respectfully request that this Court grant them leave to file the attached surreply.[1]

---

[1] By this Wednesday, September 17, 2008, Defendants in Moses v. Dodaro, et al. ("Moses"), No. 06-1712, intend to move this Court for leave to file an additional surreply addressing another argument that was raised for the first time by the applicant intervenors in their reply brief and that pertains solely to the attempt by Robert W. Wagner, Jr., to intervene into the Moses action.

2

Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 305-1334
Fax: (202) 514-8780

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780

    /s/
HARRY B. ROBACK
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 616-5309
Fax: (202) 514-8780