UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VENKAREDDY CHENNAREDDY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action 87-3538 (EGS) (DAR)<br>) |
| GENE L. DODARO, | )<br>) |
| Defendant. | )<br>) |

| | |
|---|---|
| ARTHUR L. DAVIS, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action 06-1002 (EGS) (DAR)<br>) |
| GENE L. DODARO, et al., | )<br>) |
| Defendants. | )<br>) |

| | |
|---|---|
| JAMES D. MOSES, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action 06-1712 (EGS) (DAR)<br>) |
| GENE L. DODARO, et al., | )<br>) |
| Defendants. | )<br>) |

## **ORDER**

Having considered Defendants' consent motion for leave to file a surreply, and the entire record herein, it is this _____ day of _____, 2008, hereby:

2

    ORDERED that Defendants' consent motion for leave to file a surreply is GRANTED.

    SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel